

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

June 7, 2004

Richard T. Robol
Robol & Winkler LLC
555 City Park Ave.
Columbus, OH 43215

RE: Great Lakes Exploration Group LLC v. Unidentified Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, The
Case No. 1:04-cv-375 Hon. Robert Holmes Bell

Dear Mr. Robol :

In reviewing the roll of attorneys admitted to practice in this district, we are not able to locate your name. The following are requisites for an attorney to become a member of the bar of this district:

1. Petition for Admission (see attached);

2. an <u>original</u> certificate of active status and good standing issued within the last 30 days from the state of the applicant's bar membership; and

3. $175.00 fee payable to the Clerk, U.S. District Court.

Upon receipt of the above, your name will be added to the list of attorneys admitted to practice in this district, and you will receive a certificate of admission. While a petition for admission will be accepted for filing in any office, the papers are forwarded to our Grand Rapids office for processing upon receipt. To expedite the process, petitions may be sent directly to Grand Rapids.

Please be certain that you comply with all of the attorney admission requirements. Failure to comply with all of the requirements will delay the processing of your petition. Original signatures are required on all submitted paperwork (copies will not be accepted).

Prior to seeking admission, you must familiarize yourself with the Local Rules which are available on the Court's web site (www.miwd.uscourts.gov). If you have any questions, please contact the court at any office listed above.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ cmi

By: Deputy Clerk

Enclosure
cc: File
Attorney Maintenance Clerk

# PETITION FOR ADMISSION
(Local Civil Rule 83.1/Criminal Rule 57.1)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

1. Name: _____ , _____ , _____
                   LAST                          FIRST                  MIDDLE

2. Residence: _____
                            STREET ADDRESS

   _____ , _____ , _____
       CITY                    STATE                ZIP

   Firm Name: _____

   Business Address: _____
                                     STREET ADDRESS

   _____
               ROOM / SUITE / FLOOR

   _____ , _____ , _____
       CITY                    STATE                ZIP

   Business Telephone Number: _____

3. Social Security Number: _____-__-_____    State Bar I.D. No. _____

4. Identify all courts in which you have been admitted to practice and dates of admission:

   _____

   _____

5. Have you ever been held in contempt of court, censured, disbarred or suspended from

   practice before any disciplinary authority or court? _____

   If so, nature and disposition thereof: _____

   _____

   _____

   _____

6.   Have you ever been convicted of any felony or misdemeanor? _____

    If so, explain the facts and circumstances: _____

    _____

    _____

    _____

7.   Original certificate of active status and good standing (issued within the last 30 days) from _____ is attached (copies will not be accepted).
     <sub>STATE BAR</sub>

8.   ___ I am newly admitted to the State Bar of Michigan and request a waiver of the sponsorship requirement.     Waiver granted ___
     <sub>JUDGE'S INITIALS</sub>

9.   ___ Check payable to Clerk, U.S. District Court for $175.00 is attached.

10.  ___ I have read the Local Rules of the Western District of Michigan (available at www.miwd.uscourts.gov).

I swear (or affirm) that the above information is accurate and correct to the best of my knowledge and belief.

_____        _____
DATE                            ORIGINAL SIGNATURE OF APPLICANT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Statement of a sponsoring attorney of the bar of this court**, stating when the sponsoring attorney was admitted to practice in this court, under what circumstances the attorney has known the applicant, that the attorney knows the applicant to be of good character and reputation, and that the attorney believes the applicant to be well qualified as a member of the bar of this court. For applicants residing in another state, the sponsor may be a judge of a court of record of that state, or a federal judge.

_____

_____

_____

_____

_____

_____

_____

_____        _____
SPONSORING ATTORNEY OR JUDGE NAME    ORIGINAL SIGNATURE OF SPONSORING ATTORNEY OR JUDGE

_____        _____
DATE                            MICHIGAN STATE BAR I.D. NO.

<sub>6/04</sub>