IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br><br>            Plaintiff,<br><br>v.<br><br>The Unidentified, Wrecked and Abandoned Sailing Vessel, her engines, tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude,<br><br>           *In Rem*<br><br>           Defendant. | Civil Action No. 1:04-CV-375<br><br>HON. ROBERT HOLMES BELL |

## ORDER ON WARRANT FOR ARREST

CAME THIS DAY Plaintiff pursuant to Supplemental Rule C(3), Fed. R. Civ. Proc., and it appearing to the Court from the Verified Amended Complaint and supporting papers herein that the conditions for an action *in rem* appear to exist, and it further appearing that portions of the *in rem* Defendant are or shortly will be within this District during the pendency of this action, it is hereby ORDERED that a warrant for the arrest of such portions of the Defendant, The Unidentified, Wrecked and Abandoned Sailing Vessel, her engines, tackle, apparel, appurtenances, cargo, *etc.*, as may be found within this District shall issue forthwith.

It is FURTHER ORDERED that the Clerk shall forthwith prepare the warrant aforesaid and deliver it to the U.S. Marshal for service.

It is FURTHER ORDERED that upon the execution of the warrant of arrest, this Court has constructive possession of the shipwreck itself, the shipwreck site, and everything that is a part thereof, wherever located and whenever removed there from, past, present, or future, and that the U.S. Marshal for this District shall receive and take into his possession and control (or provide for custody with such Substitute Custodian as the Court may appoint) any and all items that have or will come up from the shipwreck in question, no matter who has brought up or who will bring up such items until a determination of ownership is made or a further order of this Court is issued.

Finally, it is ORDERED that the Plaintiff shall within 10 days after execution of process herein cause public notice of the action and arrest to be given for a period of not less than five consecutive days in the *Marquette Mining Journal*, Marquette, Michigan, which notice shall set forth the Court and docket number of this action, a general description of the nature of this action, the fact of the arrest, and the requirement that any persons claiming any interest in the *in rem* Defendant must file with the Clerk of Court a verified claim within 10 days after process has been executed, and must file an answer within 20 days after the filing of the claim, and shall be in the form of, or similar to, Attachment "A" to this Order. ("Notice of Amended Complaint and Arrest Pursuant to Admiralty Rules.")

It is SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_____
Attorney for Plaintiff

_____
Roger W Boek
Attorney for Plaintiff

3