IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

           Plaintiff                     Civil Action No. 1:04-CV-375

v.                                        HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

           *In Rem*

           Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

           Intervening Defendants

---

## PROOF OF SERVICE

On the date below I sent by first class mail copies of Motion to Intervene, Brief in Support of Motion to Intervene (with attachments: Motion to Dismiss, Brief in Support of Motion to Dismiss; Proposed Order of Dismissal; Affidavit of Wayne Lusardi and Affidavit of Thomas P. Graf) and Proposed Order Granting Motion to Intervene to:

| | |
|---|---|
| RICHARD THOMAS ROBOL | ROGER W. BOER |
| ROBOL & WINKLER LLC | ROGER W. BOER, LLC |
| 555 CITY PARK AVENUE | 600 WATERS BUILDING |
| COLUMBUS, OH 43215 | 161 OTTAWA AVENUE NW |
| | GRAND RAPIDS, MI 49503 |

I declare that the statements above are true to best of my knowledge, information and belief.

Dated October 15, 2004                                     _/s/ Susan Bertram_

s:nrd/ac/cases/open/great lakes exploration 04ag/pos1         Susan Bertram