UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

       Plaintiff,

v.

File No. 1:04-CV-375

HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45º 32.8' North latitude and
86º 41.5' West longitude,

       *In Rem*

       Defendant,

and

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES
AND MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

       Intervening Defendants.
_____/

## **O R D E R**

Before this Court is the motion to intervene by the State of Michigan Department of

History, Arts and Libraries and the Michigan Department of Environmental Quality. The

Michigan Department of History, Arts and Libraries and the Michigan Department of Environmental Quality seek to intervene for the limited purpose of filing a motion to dismiss for lack of jurisdiction and of defending the state's interest in and jurisdiction over its bottomlands and maritime cultural heritage. It appearing to the Court that the Plaintiff Great Lakes Exploration Group LLC has no objection to the motion to intervene, the Court finds that those agencies may properly intervene for said purposes.

**IT IS HEREBY ORDERED** that the Michigan Department of History, Arts and Libraries and the Michigan Department of Environmental Quality's motion to intervene (Docket #8) is **GRANTED** and the proposed motion to dismiss submitted with the motion to intervene shall be accepted by the Clerk for filing. Plaintiff Great Lakes Exploration Group LLC will have 30 days from the entry of this order in which to file a response to the motion to dismiss.

Date:   November 18, 2004            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE