IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

    Plaintiff

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

    *In Rem*

    Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

    Intervening Defendants

Civil Action No. 1:04-CV-375

HON. ROBERT HOLMES BELL

**STIPULATION**

---

| | |
|---|---|
| Richard Thomas Robol<br>Robol & Winkler LLC<br>555 City Park Avenue<br>Columbus, OH  43215<br>614/559-3846<br><br>Roger W. Boer<br>Roger W. Boer, LLC<br>161 Ottawa Avenue, NW<br>Grand Rapids, MI  49503<br>616/235-3500 | James R. Piggush<br>Assistant Attorney General<br>Environment, Natural Resources,<br>  and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI  48909<br>517/373-7540 |

---

**STIPULATION**

Whereas Plaintiff has served discovery requests to which responses are due on December 30, a state holiday, and Christmas holidays will occur during the previous week as well, and

Whereas Plaintiff intends to refer to those responses in its response to Intervenors' Motion to Dismiss, which is currently due on December 18, 2004, although Intervenors do not acknowledge that those discovery requests have relevance to the pending motion,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and the Intervenors, through their respective counsel of record, to extend the following deadlines, as follows:

Intervenors may have until January 13, 2005 to prepare their response to the pending discovery requests.

Plaintiff may have until January 27 to complete their response to Intervenors' motion.

The parties agree that the Court may enter the attached Order without further notice to any party.

Dated: December 10, 2004        __/S/_____
       Richard Thomas Robol
       Robol & Winkler LLC
       Attorney for Great Lakes Exploration

Dated: December 10, 2004        _/S/_____
       Roger W. Boer
       Roger W. Boer, LLC
       Attorney for Great Lakes Exploration

Dated: December 10, 2004        _/S/_____
       James R. Piggush
       Assistant Attorney General
       Attorney for Intervenors

s:nrd/ac/cases/open/great lakes exp 04ag/stip re extension