IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff                                 Civil Action No. 1:04-CV-375

v.                                              HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and         **ORDER**
86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervening Defendants
_____

| | |
|---|---|
| Richard Thomas Robol | James R. Piggush |
| Robol & Winkler LLC | Assistant Attorney General |
| 555 City Park Avenue | Environment, Natural Resources, |
| Columbus, OH 43215 | and Agriculture Division |
| 614/559-3846 | P.O. Box 30755 |
| | Lansing, MI 48909 |
| Roger W. Boer | 517/373-7540 |
| Roger W. Boer, LLC | |
| 161 Ottawa Avenue, NW | |
| Grand Rapids, MI 49503 | |
| 616/235-3500 | |

_____

2

Pursuant to the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED, as follows:

1. Intervenors shall have until January 13, 2005 to file their response to Plaintiff pending discovery requests;

2. Plaintiff shall have until January 27 to file its response to Intervenors' motion to dismiss.

Honorable /s/ Robert Holmes Bell
Robert Holmes Bell
U.S. District Judge

Dated: December 15, 2004.
s:nrd/ac/cases/open/great lakes exp 04ag/order re extension