IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff                        Civil Action No. 1:04-CV-375

v.                                           HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

                *In Rem*

                Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

                Intervenors.

_____

## PROOF OF SERVICE

      I, James R. Piggush, verify that on the date below, Susan Bertram, sent by first class mail copies of Intervenors' Response to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Requests for Admissions to Intervenors; Intervenors Responses to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Requests for Production of Documents to Intervenors; and Intervenors Response to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Interrogatories to Intervenors to:

RICHARD THOMAS ROBOL                ROGER W. BOER
ROBOL & WINKLER LLC                     ROGER W. BOER, LLC
555 CITY PARK AVENUE                    600 WATERS BUILDING
COLUMBUS, OH 43215                       161 OTTAWA AVENUE NW
                                                          GRAND RAPIDS, MI 49503

I declare that the statements above are true to best of my knowledge, information and belief.


Dated  January 10, 2005                                     ___/s/ James R. Piggush____
s:nrd/ac/cases/open/great lakes exploration 04ag/pos e-file disc documents