**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division**

| | |
|---|---|
| GREAT LAKES EXPLORATION ) | |
|     GROUP LLC ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For ) | HON. ROBERT HOLMES BELL |
| Salvage-Right Purposes), Abandoned ) | |
| Sailing Vessel, her tackle, ) | |
| apparel, appurtenances, cargo, etc. ) | |
| located within a circle having ) | |
| a radius of 3.5 statute miles, whose ) | |
| center point is at coordinates ) | |
| 45° 32.8′ North latitude and 86° 41.5′ ) | |
| West longitude, ) | |
| ) | |
|     *In Rem* ) | |
| ) | |
|     Defendant. ) | |

## ORDER ON SEALING

Upon Motion of Plaintiff and for good cause shown, it is hereby ORDERED that the Sealed Portions of the Affidavits of Dr. Scott Demel of the Field Museum and Steven Libert of Great Lakes Exploration BE, AND HEREBY ARE, SEALED, with access thereto limited to the Court and Court personnel, together with all counsel of record and their clients.

It is SO ORDERED.

                                                               /s/ Robert Holmes Bell
                                                               Honorable Robert Holmes Bell
                                                               U.S. District Judge

Dated:      February 5     , 2005.