IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

      Plaintiff         Civil Action No. 1:04-CV-375

v.                 HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

      *In Rem*

      Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

      Intervenors.

---

### **STIPULATION TO SUSPEND PROCEEDINGS**

  NOW COME Plaintiff, Great Lakes Exploration Group, by its attorney, Richard Thomas Robol and Intervenors, Michigan Department of History, Arts and Libraries and Michigan Department of Environmental Quality, by their attorneys, Michael A. Cox, Attorney General of the State of Michigan and James R. Piggush, Assistant Attorney General, and stipulate that

pending proceedings relating to discovery and to the motion to dismiss may be suspended for two months from the date of this court's order, so that those parties may explore a resolution of their disputes.

Date: _____ _____
Richard Thomas Robol
Attorney for Plaintiff

Date: _____ _____
James R. Piggush
Attorney for Intervenors