IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff        Civil Action No. 1:04-CV-375

v.        HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8' North latitude and 86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY, ARTS AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY,

        Intervenors.

___

## ORDER SUSPENDING PROCEEDINGS

On Stipulation of Plaintiff and Intervenors that proceedings relating to discovery and to the motion to dismiss may be suspended for two months from the date of this order to allow the parties to explore resolution of their disputes,

IT IS SO ORDERED.

        /s/ Robert Holmes Bell
        HON. ROBERT HOLMES BELL
Dated: February 9, 2005    U.S. DISTRICT COURT JUDGE