UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GREAT LAKES EXPLORATION
GROUP LLC,

       Plaintiff,

v.

The Unidentified, Wrecked, and
(For Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45○ 32.8' North latitude
and 86○ 41.5' West longitude,

       *In Rem*

       Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

       Intervenors,
_____/

CASE NO. 1:04-CV-375

HON. ROBERT HOLMES BELL


## **SCHEDULING ORDER**

1.     The Intervenors shall have to and including **May 2, 2005** in which to file reply briefs.

2. A hearing on the Intervenors' Motion to Dismiss is scheduled for **May 10, 2005 at 1:00 p.m.** at 601 Ford Federal Building, 110 Michigan, NW, Grand Rapids, MI 49503.

Date:   February 9, 2005            /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE