IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

                  Plaintiff                  Civil Action No. 1:04-CV-375

v.                                        HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

                *In Rem*

                Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

                Intervenors.

---

## PROOF OF SERVICE

      I, James R. Piggush, verify that on March 25, 2005, Susan Bertram, sent by first class mail copies of Intervenors' Supplemental Responses to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Requests for Admissions to Intervenors; Intervenors' Supplemental Responses to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Requests for Production of Documents to Intervenors; and Intervenors' Supplemental Response to Plaintiff Great Lakes Exploration's First Set of Jurisdictional Interrogatories to Intervenors to:

| | |
|---|---|
| RICHARD THOMAS ROBOL | ROGER W. BOER |
| ROBOL & WINKLER LLC | ROGER W. BOER, LLC |
| 555 CITY PARK AVENUE | 600 WATERS BUILDING |
| COLUMBUS, OH 43215 | 161 OTTAWA AVENUE NW |
| | GRAND RAPIDS, MI 49503 |

                                                        /s/ James R. Piggush