IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

          Plaintiff           Civil Action No. 1:04-CV-375

v.                                   HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

          *In Rem*

          Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

          Intervenors.

___

PROOF OF SERVICE

    I, James R. Piggush, verify that on April 7, 2005, Susan Bertram, sent by first class mail copies of Intervenors' Request to Produce to Plaintiff Great Lakes Exploration Group LLC to:

RICHARD THOMAS ROBOL           ROGER W. BOER
ROBOL & WINKLER LLC              ROGER W. BOER, LLC
555 CITY PARK AVENUE             600 WATERS BUILDING
COLUMBUS, OH 43215               161 OTTAWA AVENUE NW
                                                GRAND RAPIDS, MI 49503

                                                /s/ James R. Piggush