IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

          Plaintiff           Civil Action No. 1:04-CV-375

v.                             HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

          *In Rem*

          Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

          Intervenors.

---

## PROOF OF SERVICE

    I, James R. Piggush, verify that on the date below, Susan Bertram, sent by first class mail copies of Intervenors' Responses to Plaintiff Great Lakes Exploration's Second Set of Jurisdictional Requests for Admissions to Intervenors to:

| | |
|---|---|
| RICHARD THOMAS ROBOL | ROGER W. BOER |
| ROBOL & WINKLER LLC | ROGER W. BOER, LLC |
| 555 CITY PARK AVENUE | 600 WATERS BUILDING |
| COLUMBUS, OH 43215 | 161 OTTAWA AVENUE NW |
| | GRAND RAPIDS, MI 49503 |

      I declare that the statements above are true to best of my knowledge, information and belief.

Dated: April 20, 2005                                        /s/ James R. Piggush

s nrd/ac/cases/open/great lakes exploration 04ag/pos e-file responses to 2nd requests to admit