

FILED
05 MAY -3 PM 1:11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

               Plaintiff                          Civil Action No. 1:04-CV-375

v.                                               HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

               *In Rem*

               Defendant.
and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

               Intervening Defendants

---

### AFFIDAVIT OF JAMES EDWARD BRUSETH

      Now comes James Edward Bruseth, 6806 Rio Bravo Lane, Austin Texas, and being first duly sworn, states as follows:

      I am currently the Deputy State Historic Preservation Office for Archaeology, and Director of the Archeology Division, Texas Historical Commission, Austin, Texas. In these capacities I served the Texas Historical Commission as an expert in many areas of archeology

1

related to regulatory and legal issues, bringing 30 years of experience in dealing with the archeological resources of a large, culturally and physiographically diverse state. Principal among the responsibilities of these positions are documentation of prehistoric (prior to the advent of written records and European contact) and historic (post-European contact) archaeological sites and assessment of the historical/archeological significance and physical integrity of these sites on land and under water. In concert with the State Historic Preservation Officer, I am responsible for determining the eligibility of sites for listing in the National Register of Historic Places and supporting actual nomination to the Register of appropriate sites. I am a member of the Society for Historical Archaeology and the Register of Professional Archaeologists. I have directed the excavation of La Salle's shipwreck La Belle, and have directed the historical and archeological researched into all aspects of the shipwreck. I have also directed the excavation and historical research on La Salle's New World colony of Fort St. Louis. I have written the definitive book on the shipwreck of La Belle (with coauthor Toni S. Turner), which provides extensive analysis of historical documents related to La Salle's New World expeditions. I have also published in a wide range of professional journals. My projects have been featured in National Geographic and Smithsonian magazines and in documentary films shown in the United State and abroad.

    I hold my present positions on the basis of my training in Anthropology, with specialization in the field of archeology from Southern Methodist University, where I obtained a Ph.D. in Anthropology in 1987, and an MA in 1982, and on the basis of the training and experience reflected in the attached curriculum vita. My dissertation is entitled "Late Holocene Environmental Change and Human Adaptive Strategies in Northeast Texas."

Historical archaeology is the study of the material remains of past societies that also left behind some other form of historical evidence. This field of research embraces the interests of a diverse group of scholars representing the disciplines of anthropology, history, geography, and folklore. In the New World, historical archaeologists work on a broad range of sites preserved on land and underwater. These sites document early European settlement and its effects on Native American peoples, as well the subsequent spread of the frontier and later urbanization and industrialization. By examining the physical and documentary record of these sites, historical archaeologists attempt to discover the fabric of common everyday life in the past and seek to understand the broader historical development of their own and other societies.

In dealing with historic archeological sites, investigators invoke both published and unpublished historical records that will assist in the evaluation of such sites, an option not available with prehistoric sites. These records aid in the developing, testing and evaluating of hypotheses through excavation and analysis of historic archeological sites and the cultural remains contained within them such as artifacts, features (hearths, refuse pits, building foundations, etc.) and human remains and arriving at an understanding and interpretation of the sites. Through my involvement with the La Salle projects in Texas, I have become intimately aware of the documentary record of La Salle's New World ventures and have extensively utilized this documentary record.

I am competent to testify to the facts and opinions asserted herein and in the attached report, entitled: "Comparison of the Origins and Uses of the Griffon and The Belle, 17th Century Ships Commanded by Robert Cavelier, Sieur de La Salle, in North America." I state the facts

asserted on the basis of personal knowledge and the opinions on the basis of my training, experience, skill and education in the field of Archeology, and on the basis of my application of the reliable principles and methods of that discipline to facts and data of the sort reasonably relied upon by experts in Archeology when forming inferences about subjects of this sort.

FURTHER, AFFIANT SAYETH NOT.

_____
James Edward Bruseth

Subscribed and sworn to before me
this __28th__ day of __April__, 2005

_____
__Soon K. Lim__ Notary Public

My Commission Expires: __April 22, 2006__