UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## **MINUTES**

| | |
|---|---|
| GREAT LAKES EXPLORATION ) | |
| GROUP, LLC, ) | |
| ) | CASE NO.: 1:04-CV-375 |
| Plaintiff, ) | DATE: May 10, 2005 |
| v. ) | TIME: 1:10 p.m. – 2:15 p.m. |
| ) | PLACE: GR |
| The UNIDENTIFIED, WRECKED, ) | JUDGE: ROBERT HOLMES BELL |
| and (FOR SALVAGE-RIGHT ) | |
| PURPOSES), ABANDONED ) | |
| SAILING VESSEL, HER TACKLE, ) | |
| APPAREL, APPURTENANCES, ) | |
| CARGO, ETC. LOCATED WITHIN ) | |
| A CIRCLE HAVING A RADIUS OF ) | |
| 3.5 STATUTE MILES, WHOSE ) | |
| CENTER POINT IS AT 45º 32.8' ) | |
| NORTH LATITUDE and 86º 41.5 ) | |
| WEST LONGITUDE, ) | |
| ) | |
| *In Rem* ) | |
| Defendant. ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| MICHIGAN DEPARTMENT OF ) | |
| HISTORY, ARTS AND LIBRARIES ) | |
| AND MICHIGAN DEPARTMENT ) | |
| OF ENVIRONMENTAL QUALITY, ) | |
| ) | |
| Intervenors. ) | |

--------------------------------

## APPEARANCES

| Plaintiff | Intervenor |
|---|---|
| Richard T. Robol | James R. Piggush |

## WITNESSES

None

## PROCEEDINGS

**NATURE OF HEARING**: Intervenor's motion to dismiss (Docket #15) taken under advisement.

Court Reporter: Kevin Gaugier  /s/ William W. Kregel
　　　　　　　　　　　　　　　　　LAW CLERK