UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

    Plaintiff,

v.

THE UNIDENTIFIED, WRECKED, and
(FOR SALVAGE-RIGHT PURPOSES),
ABANDONED SAILING VESSEL, her
tackle, apparel, appurtenances, cargo, etc.,
located within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45º 32.8' North latitude and
86º 41.5 West longitude, In Rem

    Defendant,

v.

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY AND
MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES,

    Intervenors.
_____/

File No. 1:04-CV-375

HON. ROBERT HOLMES BELL

## **O R D E R**

This matter is before the Court on Intervenors' motion to dismiss. To the extent that Intervenors' motion requests a more definite statement pursuant to FED. R. CIV. P. SUPPL. E(2), **IT IS HEREBY ORDERED** that Intervenor's motion is **DENIED.**

This denial is predicated upon Plaintiff's compliance with Intervenors' request for documents and exhibits and the precise location of Defendant. It is anticipated that the Defendant's precise location will be filed under seal with this Court.

**IT IS FURTHER ORDERED** that Intervenors will file a response within 30 days of receiving the requested information and location. All motions will be held in abeyance pending Intervenors' response.

Date:     May 10, 2005            /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT JUDGE