IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

              Plaintiff                    Civil Action No. 1:04-CV-375

v.                                     HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

              *In Rem*

              Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

              Intervenors.

_____

**PROOF OF SERVICE**

     I James R. Piggush, verify that on June 29, 2005, Susan Bertram electronically filed
Intervening Defendants' Reply to Motion for Protective Order.  I also certify that the following
non-ECF participant was served by first class mail:  Roger W. Boer, Roger W. Boer, LLC, 600
Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI  49503.


                           /s/ James R. Piggush