**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division**

GREAT LAKES EXPLORATION GROUP LLC )
                    Plaintiff, )
v. )  Civil Action No. 1:04-CV-375
                              )
The Unidentified, Wrecked and (For Salvage- )  HON. ROBERT HOLMES BELL
Right Purposes), Abandoned Sailing Vessel, etc. )
           Defendant, et al. )

## PLAINTIFF'S MOTION TO ALTER OR AMEND PROTECTIVE ORDER

      Plaintiff Great Lakes Exploration respectfully moves the Court to alter or amend

its Order Concerning Documents Filed Under Seal dated July 13, 2005 (the "Order").

Amendment of the Order is needed to correct oversights and omissions in the Order, and

would promote the just, speedy and inexpensive determination of this cause. *See* Fed. R.

Civ. P. 1. In support of this Motion, Plaintiff adopts the analysis and authorities in its

Brief filed herewith, and hereby made part of this Motion.

                  Respectfully submitted,
                  GREAT LAKES EXPLORATION GROUP LLC

By:  *//s// Richard T. Robol*           *//s// Roger Boer*
Of Counsel                          Of Counsel
Richard T. Robol  (OH- 0064345)       Roger Boer, Esq.
ROBOL & WINKLER LLC              161 Ottawa Avenue N.W.
555 City Park Avenue                 Suite 600
Columbus, Oh 43215                 Grand Rapids, MI  49503
Telephone: (614) 559-3839          Telephone. (616) 233-5136
Facsimile:  (614) 559-3846           Facsimile:  (616) 459-5102
rrobol@columbuscounsel.com

## ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2005, a copy of the foregoing was served by electronic mail upon all counsel of record.

_//s// Richard T. Robol_____
Of Counsel