IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

                Plaintiff,            Civil Action No. 1:04-CV-375

v.                                      HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

                *In Rem*

                Defendant,
and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES and MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

                Intervenors.
_____

### PROOF OF SERVICE

      I, James R. Piggush, verify that on August 5, 2005, Virginia Beurkens electronically filed Intervenors Reply to Motion for Protective Order. I also certify that the following non-ECF participant was served by first class mail: Roger W. Boer, Roger W. Boer, LLC, 600 Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI 49503.

                                                                    /s/ James R. Piggush