**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division**

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC ) | |
| Plaintiff, ) | |
| v.                                    ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage- ) | HON. ROBERT HOLMES BELL |
| Right Purposes), Abandoned Sailing Vessel, etc. ) | |
| Defendant, et al.              ) | |

## PLAINTIFF'S NOTICE OF FILING OF U.S. STATE DEPARTMENT COMMUNICATION

Plaintiff, Great Lakes Exploration Group LLC, respectfully files this Notice of Filing of U.S. State Department Communication, attached.

Respectfully submitted,

GREAT LAKES EXPLORATION GROUP LLC

By: _//s// Richard T. Robol_  
Of Counsel  
Richard T. Robol  (OH- 0064345)  
ROBOL & WINKLER LLC  
555 City Park Avenue  
Columbus, Oh 43215  
Telephone:  (614) 559-3839  
Facsimile:   (614) 559-3846  
rrobol@columbuscounsel.com  

_//s// Roger Boer_  
Of Counsel  
Roger Boer, Esq.  
161 Ottawa Avenue N.W.  
Suite 600  
Grand Rapids, MI  49503  
Telephone. (616) 233-5136  
Facsimile:  (616) 459-5102  

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2005, a copy of the foregoing was served by electronic mail and regular U.S. mail, prepaid upon all counsel of record.

_//s// Richard T. Robol_  
Of Counsel