Great Lakes Exploration Group LLC v. Unidentified Wrecked and (For Sa...bandoned Sailing Vessel, The    Doc. 52

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervening Defendants

Civil Action No. 1:04-CV-375

HON. ROBERT HOLMES BELL

---

| | |
|---|---|
| Richard Thomas Robol<br>Robol & Winkler LLC<br>555 City Park Avenue<br>Columbus, OH  43215<br>614/559-3846<br><br>Roger W. Boer<br>Roger W. Boer, LLC<br>161 Ottawa Avenue, NW<br>Grand Rapids, MI  49503<br>616/235-3500 | James R. Piggush<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI  48909<br>517/373-7540 |

---

## **MOTION TO STRIKE**

Now come Intervenors, Michigan Department of History, Arts and Libraries and the Michigan Department Of Environmental Quality, by their attorneys, Michael A. Cox, Attorney General and James R. Piggush, Assistant Attorney General, pursuant to W.D. Mich. L. Civ. R. 7.3(c) and Fed. R. Civ. P. 7(b)(1) and move to strike Plaintiff's "Reply in Support of Motion to Amend Protective Order," filed August 12, 2005, and the "Notice of Filing U.S. State Department Communication," attaching a communication from the State Department and a position statement from the French Ministry of Culture, neither of whom are parties or have requested any relief from this court, filed on August 16, 2005, for the reasons that such filings are not authorized under the court rules.

                Respectfully submitted,

                Michael A. Cox
                Attorney General

                /s/ James R. Piggush

                James R. Piggush (P29221)
                Assistant Attorney General
                Environment, Natural Resources,
                and Agriculture Division
                P.O. Box 30755
                Lansing, MI 48909
                517/373-7540

Dated: August 17, 2005

s:nrd/ac/cases/open/great lakes exploration/ motion to strike