**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division**

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC )<br>Plaintiff, )<br>v. )<br>)<br>The Unidentified, Wrecked and (For Salvage- )<br>Right Purposes), Abandoned Sailing Vessel, etc. )<br>Defendant, et al. ) | Civil Action No. 1:04-CV-375<br><br>HON. ROBERT HOLMES BELL |

## PLAINTIFF'S NOTICE OF SERVICE OF DOCUMENTS

Plaintiff, Great Lakes Exploration Group, LLC, respectfully files this Notice of Service of Documents on the Intervenors in this matter, viz. Bates numbered documents 0000001 - 000163. A hard copy of bates numbered documents 0000001 - 000163 are being filed with the Court and served on Intervenors via U.S. Mail. This service is made without waiver of Plaintiff's objections, motions and filings in this matter.

Accordingly, Plaintiff respectfully files its Notice of Service of Documents.

                      Respectfully submitted,
                      GREAT LAKES EXPLORATION GROUP LLC

By: //s// *Richard T. Robol*             //s// *Roger Boer*
Of Counsel                                               Of Counsel
Richard T. Robol (OH- 0064345)         Roger Boer, Esq.
ROBOL & WINKLER LLC                 161 Ottawa Avenue N.W.
555 City Park Avenue                    Suite 600
Columbus, Oh 43215                     Grand Rapids, MI 49503
Telephone: (614) 559-3839             Telephone. (616) 233-5136
Facsimile: (614) 559-3846              Facsimile: (616) 459-5102
rrobol@columbuscounsel.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2005, a copy of the foregoing was served by electronic mail and regular U.S. mail, prepaid upon all counsel of record.

                                                    _//s// Richard T. Robol_  
                                                    Of Counsel