## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage- ) | HON. ROBERT HOLMES BELL |
| Right Purposes), Abandoned Sailing Vessel, etc. ) | |
| Defendant, et al. ) | |

### PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Great Lakes Exploration respectfully moves the Court to file the Second Amended Complaint attached as Exhibit 1. The Second Amended Complaint (1) identifies the *in rem* Defendant by name, and (2) provides the location of the Defendant within an area of approximately 3 square nautical miles. In support of this Motion, Plaintiff adopts the analysis and authorities in its Memorandum filed herewith, and hereby made part of this Motion.

Accordingly, Great Lakes Exploration prays the Court to file its Second Amended Complaint.

Respectfully submitted,
GREAT LAKES EXPLORATION GROUP LLC


By: *//s// Richard T. Robol*           *//s// Roger Boer*
Of Counsel                              Of Counsel
Richard T. Robol  (OH- 0064345)         Roger Boer, Esq.
ROBOL & WINKLER LLC                     161 Ottawa Avenue N.W.
555 City Park Avenue                    Suite 600
Columbus, Oh 43215                      Grand Rapids, MI  49503
Telephone:  (614) 559-3839              Telephone. (616) 233-5136
Facsimile:  (614) 559-3846              Facsimile:  (616) 459-5102
rrobol@columbuscounsel.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2005, a copy of the foregoing was served by the Court's ECF system, via electronic mail upon all counsel of record.

                                          _//s// Richard T. Robol_
                                          Of Counsel