

**COLUMBUS**
555 CITY PARK AVE
COLUMBUS, OH 43215
PH (614) 559-3841
FX (614) 559-3846

# ROBOL & WINKLER
## LLC
http://www.columbuscounsel.com

**DC / N. VA.**
1940 DUKE STREET
SUITE 200, BOX #2001
ALEXANDRIA, VA 22314
PH (703) 738-9202
FX (614) 559-3846

**WRITER'S DIRECT DIAL:**
614-559-3841

**WRITER'S E-MAIL:**
cduncan@columbuscounsel.com

September 19, 2005

Clerk of Courts
United States District Court
Western District of Michigan
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503



Re: *Great Lakes Exploration LLC*
Case No. 1:04-CV-375

Dear Sir or Madame:

Enclosed are the documents which correlate with Main Document No. 56, Bates Nos. 0000001 – 000163.

Thank you for your assistance. Please feel free to call with any questions.

Very truly yours,

Carol L. Duncan, Legal Assistant

RTR/cld

Enclosures