# United States District Court
# Western District of Michigan
# Southern Division

**GREAT LAKES EXPLORATION GROUP LLC,**

# NOTICE

**v.**

**CASE NO. 1:04-CV-375**

**THE UNIDENTIFIED WRECKED AND (FOR SALVAGE-RIGHT PURPOSES), ABANDONED SAILING VESSEL**

**TYPE OF CASE:**

**[X] CIVIL**     **[ ] CRIMINAL**

**[X]** TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | Courtroom 601 |
| **Federal Building** | |
| **110 Michigan, N.W.** | **DATE AND TIME** |
| **Grand Rapids, MI  49503** | **October 20, 2005 at 2:30 p.m.** |

## TYPE OF PROCEEDING:

## The status conference is rescheduled from October 7 to October 20, 2005 at 2:30 p.m.

ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Susan Driscoll Bourque

DATE:    September 26, 2005            By:     Susan Driscoll Bourque, Case Manager