# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage- ) | HON. ROBERT HOLMES BELL |
| Right Purposes), Abandoned Sailing Vessel, etc. ) | |
| Defendant, et al. ) | |

## PLAINTIFF'S RENEWED MOTION TO FILE
## SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Great Lakes Exploration respectfully moves the Court to file the Second Amended Complaint attached as Exhibit A. The Second Amended Complaint (1) identifies the *in rem* Defendant by name, (2) provides the location of the Defendant within an area of approximately 3 square nautical miles, and (3) provides the greatest degree of particularity practicable. In support of this Motion, Plaintiff adopts the analysis and authorities in its Memorandum and Affidavit of Steven Libert filed herewith, and hereby made part of this Motion.

Accordingly, Great Lakes Exploration prays the Court to file its Second Amended Complaint.

Respectfully submitted,
GREAT LAKES EXPLORATION GROUP LLC

By: _//s// Richard T. Robol_____          ___//s// Roger Boer_____
Of Counsel                                                    Of Counsel
Richard T. Robol  (OH- 0064345)              Roger Boer, Esq.
ROBOL & WINKLER LLC                        161 Ottawa Avenue N.W.
555 City Park Avenue                              Suite 600
Columbus, Oh 43215                               Grand Rapids, MI  49503
Telephone:  (614) 559-3839                    Telephone. (616) 233-5136
Facsimile:  (614) 559-3846                      Facsimile:  (616) 459-5102
rrobol@columbuscounsel.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATION OF CONSULTATION AND DENIAL OF CONSENT

Pursuant to L. Civ. R. 7.1(d), counsel for Plaintiff certifies that he has requested consent to the filing of the Second Amended Complaint by counsel for Intervenors, and counsel for Intervenors has refused to grant consent.

                                                *//s// Richard T. Robol*
                                                Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2005, a copy of the foregoing was served by the Court's ECF system, via electronic mail upon all counsel of record.

                                                *//s// Richard T. Robol*
                                                Of Counsel