IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
**Northern Division**

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL |
| *In Rem* | ) ) | |
| Defendant. | ) | |

Notice of Change of Address

    Please take notice that the address of Richard T. Robol, counsel for Plaintiff, Great Lakes Exploration, now is the following:

      Richard T. Robol
      Robol Law Office
      555 City Park Avenue
      Columbus, Ohio 43215

       //s// *Richard T. Robol*

      Richard T. Robol (0064345)
      Robol Law Office
      555 City Park Avenue
      Columbus, Ohio 43215
      614-559-3841

      Trial Attorney for Plaintiff

1

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing notice was served by the Court's ECF system via electronic notification on all counsel of record on October3, 2005.

                                                        <u>*//s// Richard T. Robol*</u>
                                                        Richard T. Robol