IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

           Plaintiff,           Civil Action No. 1:04-CV-375

v.           HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8' North latitude and 86° 41.5' West longitude,

           *In Rem*

           Defendant,

and

MICHIGAN DEPARTMENT OF HISTORY, ARTS AND LIBRARIES and MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY,

           Intervenors.

---

## PROOF OF SERVICE

    I, James R. Piggush, verify that on October 13, 2005 Susan Bertram electronically filed Intervenors' Reply to Amended Motion to File Second Amended Complaint (with attachments). I also certify that the following non-ECF participant was served by first class mail: Roger W. Boer, Roger W. Boer, LLC, 600 Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI 49503.

                              /s/ James R. Piggush