# United States District Court

## Western District of Michigan

**GREAT LAKES EXPLORATION GROUP LLC**

*NOTICE*

**v.**

**CASE NO. 1:04-cv-375**

**THE UNIDENTIFIED, WRECKED AND (FOR SALVAGE RIGHT PURPOSES), ABANDONED SAILING VESSEL, etc.**

**Hon. Robert Holmes Bell**

---

**TYPE OF CASE:**

  **X**  **CIVIL**          ___ **CRIMINAL**

---

**X**   **TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** | **699** |
| **110 Michigan, NW** | **DATE AND TIME** |
| **Grand Rapids, MI** | **THUR., OCT. 20, 2005 - 3:30 P.M.** |

**TYPE OF PROCEEDING**

**Hearing on**   **PLAINTIFF'S RENEWED MOTION TO FILE SECOND AMENDED COMPLAINT (docket # 60)**

---

___  **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** | | |
| **110 Michigan, NW** | | |
| **Grand Rapids, MI** | | |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE: October 17, 2005**

         **/s/ Margaret Hetherington**
         **(BY) DEPUTY CLERK**

**TO: Counsel of Record**