# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc. ) ) | HON. ROBERT HOLMES BELL |
| Defendant, et al. ) | |

## PLAINTIFF GREAT LAKES EXPLORATION'S MOTION TO PERMIT FILING OF RESPONSE IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Great Lakes Exploration respectfully moves the Court to permit filing of its Response in support of Great Lakes' Motion for Leave to File Second Amended Complaint. Filing of the Response will permit the Court the benefit of a full consideration of the issues raised in Intervenors' Reply, and thereby assist the Court's deliberations. In further support of this Motion, Plaintiff adopts the analysis and authorities set forth in the Response. Great Lakes Exploration has requested the consent of Intervenors to this Motion via e-mail but have not received consent.

Respectfully submitted,
GREAT LAKES EXPLORATION
***/s/ Richard T. Robol***
Richard T. Robol Β 0064345
Attorney for Plaintiff
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43215
Telephone: (614) 737-3739
Facsimile: (614) 737-3756
rrobol@robollaw.com

PDF created with pdfFactory trial version www.pdffactory.com                                                                                    Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2005, a copy of the foregoing was served by electronic mail via the Court's ECF system upon all counsel of record.

*/s/ Richard T. Robol*
Of Counsel

PDF created with pdfFactory trial version www.pdffactory.com