UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION )
GROUP LLC, )
 )
      Plaintiff, ) Case No. 1:04-cv-375
 )
v. ) Honorable Robert Holmes Bell
 )
THE UNIDENTIFIED, WRECKED AND )
(FOR SALVAGE RIGHT PURPOSES), )
ABANDONED SAILING VESSEL, et al., )
 )
      Defendants. )
_____)

**ORDER ALLOWING**
**FILING OF REPLY BRIEF**

On application of plaintiff under Rule 7.3(c) of the Local Rules of this court:

IT IS ORDERED that plaintiff's motion for leave to file a reply brief (docket # 66) be and hereby is GRANTED and plaintiff's response in support of its motion for leave to file second amended complaint (docket # 67) is deemed filed *instanter*.

DONE AND ORDERED this 20th day of October, 2005.

                            /s/  Joseph G. Scoville
                            United States Magistrate Judge