UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:04-CV-375 | 10/20/05 | 2:35 PM - 2:50 PM | Grand Rapids, MI | Joseph G. Scoville |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| GREAT LAKES EXPLORATION LLC | UNIDENTIFIED WRECKED AND ABANDONED SAILING VESSEL |

**APPEARANCES**

| Plaintiff: | Defendant: |
|---|---|
| Richard Robol | James Piggush |
|  |  |

## WITNESSES

|  |  |  |  |
|---|---|---|---|
| _____ P D | _____ P D |
| _____ P D | _____ P D |
| _____ P D | _____ P D |
| _____ P D | _____ P D |

## PROCEEDINGS

**NATURE OF HEARING:** Pltf's Motion to Amend/Correct Complaint [60]; Order to issue

Recorded on Tape: Digital        Deputy Clerk: D. Hand