UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE UNIDENTIFIED, WRECKED AND )<br>(FOR SALVAGE RIGHT PURPOSES), )<br>ABANDONED SAILING VESSEL, et al., )<br><br>Defendants. )<br>_____) | Case No. 1:04-cv-375<br><br>Honorable Robert Holmes Bell |

### **ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter came on for hearing on plaintiff's motion for leave to file a second amended complaint. At a hearing conducted on October 20, 2005, the court concluded that the proposed amendment meets the lenient standards for amendment imposed by Fed. R. Civ. P. 15(a). Accordingly:

IT IS ORDERED that plaintiff's motion for leave to file a second amended complaint (docket # 60) be and hereby is GRANTED, without prejudice to the right of Intervenors to raise by motion any objection to the sufficiency of the amended pleading.

IT IS FURTHER ORDERED that Intervenors are granted 28 days in which to move, answer, or otherwise plead thereto.

DONE AND ORDERED this 20th day of October, 2005.


                /s/ Joseph G. Scoville
                United States Magistrate Judge