UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## MINUTES

| | | | |
|---|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC, | ) | | |
| | ) | CASE NO.: | 1:04-CV-375 |
| Plaintiff, | ) | DATE: | October 20, 2005 |
| v. | ) | TIME: | 3:05 p.m. – 3:15 p.m. |
| | ) | PLACE: | GR |
| THE UNIDENTIFIED, WRECKED, and (FOR SALVAGE-RIGHT PURPOSES), ABANDONED SAILING VESSEL, et al., | ) | JUDGE: | ROBERT HOLMES BELL |
| Defendant, | ) | | |
| v. | ) | | |
| MICHIGAN DEPARTMENT OF HISTORY AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | ) | | |
| Intervenors. | ) | | |

-------------------------------

## APPEARANCES

Plaintiff                                       Intervenors

Robert T. Robol                        James R. Piggush

## WITNESSES

None

## PROCEEDINGS

**NATURE OF HEARING**: Status Conference.

Court Reporter:  Kevin Gaugier                     /s/ William W. Kregel
                                                                    LAW CLERK