IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

               Plaintiff           Civil Action No. 1:04-CV-375

v.                                   HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

               *In Rem*

               Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

               Intervenors.

_____

## **ORDER**

     Upon joint Motion of Plaintiff Great Lakes Exploration, LLC and Intervenors the State of

Michigan Department of History, Arts, and Libraries and the Michigan Department of

Environmental Quality, this matter is held in abeyance for a period of 30 days from the date of

this Order, during which time the parties will consult their respective clients regarding the terms

and conditions of a cooperative investigation concerning whether the target is the *Griffin*. This Order is entered without prejudice to the positions of either party in this matter.

**IT IS SO ORDERED**.

                                                          _____
                                                          Robert Holmes Bell,
                                                          U.S. District Judge

Approved as to form and content:

_____/s/_____             _____/s/_____
James R. Piggush                                       Richard T. Robol
Attorney for Intervenors                       Attorney for Plaintiff