IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

                Plaintiff,           Civil Action No. 1:04-CV-375

v.                                   HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8' North latitude and 86° 41.5' West longitude,

                *In Rem*

                Defendant,

and

MICHIGAN DEPARTMENT OF HISTORY, ARTS AND LIBRARIES and MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY,

                Intervenors.

___

## PROOF OF SERVICE

     I, James R. Piggush, verify that on October 24, 2005 Susan Bertram electronically filed Proposed Order (Abeyance). I also certify that the following non-ECF participant was served by first class mail: Roger W. Boer, Roger W. Boer, LLC, 600 Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI 49503.

                                                            /s/ James R. Piggush