IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff          Civil Action No. 1:04-CV-375

v.          HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervening Defendants

---

| | |
|---|---|
| Richard Thomas Robol | James R. Piggush |
| Robol & Winkler LLC | Assistant Attorney General |
| 555 City Park Avenue | Environment, Natural Resources, |
| Columbus, OH 43215 | and Agriculture Division |
| 614/559-3846 | P.O. Box 30755 |
| | Lansing, MI 48909 |
| Roger W. Boer | 517/373-7540 |
| Roger W. Boer, LLC | |
| 161 Ottawa Avenue, NW | |
| Grand Rapids, MI 49503 | |
| 616/235-3500 | |

---

## RENEWED MOTION TO DISMISS

Now come Intervenors, Michigan Department of History, Arts and Libraries and the Michigan Department Of Environmental Quality, by their attorneys, Michael A. Cox, Attorney General and James R. Piggush, Assistant Attorney General and renew their motion to dismiss (Docket #15) pursuant to Fed R Civ P 12(b)(1), for the reason that Plaintiff has failed to show the in rem admiralty jurisdiction of this court, as more fully set forth in the Brief filed in support of this motion and as supported by the materials referred to in that brief.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/

James R. Piggush (P29221)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540

Dated: November 17, 2005

s:nrd/ac/cases/open/great lakes exploration/renewed motion to dismiss