IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff,　　　　　　　　　　Civil Action No. 1:04-CV-375

v.　　　　　　　　　　　　　　　　　　HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

        *In Rem*

        Defendant,

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES and MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervenors.

_____

## PROOF OF SERVICE

    I, James R. Piggush, verify that on November 17, 2005, 2005 Susan Bertram electronically filed Intervenors Renewed Motion to Dismiss and Brief in Support.  I also certify that the following non-ECF participant was served by first class mail:  Roger W. Boer, Roger W. Boer, LLC, 600 Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI  49503.

                                  /s/ James R. Piggush