IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division                    05 NOV 13 AM 11: 23

GREAT LAKES EXPLORATION
GROUP LLC

           Plaintiff

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervening Defendants

Civil Action No. 1:04-CV-375

HON. ROBERT HOLMES BELL

---

<u>AFFIDAVIT OF THOMAS P. GRAF IN
SUPPORT OF RENEWED MOTION TO DISMISS</u>

STATE OF MICHIGAN     )
                     )
COUNTY OF INGHAM     )

Now comes Thomas P. Graf, and being first duly sworn, states:

Dockets.Justia.com

1.    I am employed by the State of Michigan, Department of Environmental Quality, where I am responsible for administering the State of Michigan Great Lakes Submerged Lands management program.

2.    My duties with the Department include review of permit applications to dredge, remove material, fill, alter or modify Great Lakes bottomlands, which are required by Part 325, "Great Lakes Submerged Lands," MCL 325.32501, *et seq.*, of the Natural Resources and Environmental Protection Act (NREPA), MCL 324.101, *et seq.*, and by Michigan Administrative Code, R 322.1001, *et seq.*

3.    My duties with the Department also include co-administration of Part 761, Aboriginal Records and Antiquities," of NREPA, Michigan's submerged cultural resources program, coordinating with the Department of History, Arts and Libraries, Office of State Archaeologist.  In this capacity, I evaluate impacts of proposed recovery activities on shipwreck sites through an underwater salvage permit application review process.

4.    I previously filed an affidavit in this matter dated September 29, 2004.

5.    I have reviewed the second amended complaint filed in this action.

6.    Neither Plaintiff, Great Lakes Exploration Group LLC, Steve Libert, Scott Demel, nor any recognizable representative of the Chicago Field Museum has requested a permit to dredge, remove or place any material on or within Lake Michigan bottomlands, nor has any such

person requested a permit to recover any abandoned property associated with any shipwreck in the described location.

FURTHER, AFFIANT SAYETH NOT.

_Thomas P. Graf_
Thomas P. Graf

Subscribed and sworn to before me
this __17th__ day of __November__, 2005

_Lynda Kay Jones_
Lynda Kay Jones Notary Public
__Clinton__, County, Michigan
My Commission Expires: __10|01|07__
Acting in Ingham County

LYNDA KAY JONES
Notary Public, Clinton Co., MI
My Comm. Expires Oct. 1, 2007

3