

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
602 FEDERAL COURTHOUSE
GRAND RAPIDS, MICHIGAN 49503-2363

February 2, 2006

FILED
06 FEB -2 PM 4:16

(616) 456-2021

CHAMBERS OF
ROBERT HOLMES BELL
CHIEF DISTRICT JUDGE

Richard Thomas Robol
Robol Law Office
555 City Park Ave.
Columbus, OH 43215

Roger W. Boer
Roger W. Boer, LLC
600 Waters Bldg.
161 Ottawa Ave. NW
Grand Rapids, MI 49503

James R. Piggush
MI Dept Attorney General (ENRA-Lansing)
Environment, Natural Resources & Agriculture Division
P.O. Box 30755
Lansing, MI 48909

Re: Great Lakes Exploration Group LLC v. The Unidentified Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel
Case number: 1:04-CV-375

Dear Counsel:

On October 25, 2005, the Court held this matter in abeyance to allow for the parties to consult their respective clients regarding the terms and conditions of a cooperative investigation concerning whether the target was the *Griffin*. The Court has not heard back from the parties as to this aspect of the case. However, on November 17, 2005, the Intervenors filed a renewed motion to dismiss. This renewed motion has not been responded to.

I would appreciate the parties submitting a joint letter within ten days apprising the Court of the status of this matter. Please also address whether the Intervenors are requesting resolution of both motions to dismiss at this time.

Thank you.

Sincerely,

Susan Driscoll Bourque
Case Manager