ROBOL LAW OFFICE, LPA

**555 CITY PARK AVENUE**
**COLUMBUS, OH 43215**
Tel: 614/737-3759    Toll Free: 877/580-6859
Fax: 614/737-3756

Writer's Direct Dial:                                                                                             Writer's E-Mail:
614/737-3739                                                                                                        rrobol@robollaw.com

February 13, 2006

Susan Driscoll Bourque
Case Manager
U.S. District Court
For the Western District of Michigan
602 Federal Courthouse
Grand Rapids, Michigan  49503-2363

*Great Lakes Exploration, etc. v. The Unidentified, etc., Case No.1:04-CV-375*

Dear Ms. Bourque:

      The purpose of this letter is to provide a joint response on behalf of both Plaintiff and the Intervenors to your letter dated February 2, 2006.  This letter is accordingly written on behalf of counsel for Plaintiff and for Intervenors.

      As noted in your letter, on October 25, 2005, the Court made an entry holding this matter in abeyance for the parties to consult regarding the terms and conditions of a cooperative investigation concerning whether the target was *The Griffon.*   The parties have been working on the details of any such investigation, and they continue to be in serious discussions regarding the possibility of a cooperative investigation concerning the corroboration of the target as *The Griffon*.

      We expect to come to a firm understanding as to the feasibility of resolving the remaining issues, and to report to the Court, no later than April 17, 2006.  The parties will continue to rely upon the abeyance entry while they pursue their discussions, and they would appreciate notice and an opportunity to be heard on any matters pertaining to the Court's entry.

      In the event that the current discussions are not successful, Plaintiff would plan to file a memorandum in opposition to the pending motion to dismiss, and the Intervenors would then file a reply.

PDF created with pdfFactory trial version www.pdffactory.com                                                                                      dockets.Justia.com

Letter to Susan Driscoll Bourque
February 13, 2006
Page 2

      We trust that this information responds to your letter. Please feel free to call should you have any further questions.

                                        Respectfully,
                                        ROBOL LAW OFFICE, LPA

                                        By: _____
                                        Richard T. Robol

RTR/cr


Cc:    James R. Piggush, Esq.
        Roger W. Boer, Esq.

PDF created with pdfFactory trial version www.pdffactory.com