ROBOL LAW OFFICE, LPA
**555 CITY PARK AVENUE**
**COLUMBUS, OH 43215**
Tel: 614/737-3759     Toll Free: 877/580-6859
Fax: 614/737-3756

Writer's Direct Dial:
614/737-3739

Writer's E-Mail:
rrobol@robollaw.com

April 17, 2006

Susan Driscoll Bourque
Case Manager
U.S. District Court
For the Western District of Michigan
602 Federal Courthouse
Grand Rapids, Michigan 49503-2363

*Great Lakes Exploration, etc. v. The Unidentified, etc., Case No.1:04-CV-375*

Dear Ms. Bourque:

The purpose of this letter is to provide you an update on the status of the negotiations between the Plaintiff and the Intervenors on the terms and conditions of a cooperative investigation concerning whether the target is *The Griffon.* I am pleased to report that the parties have made very substantial progress, and have been able to work out all but a handful of the practical and logistical questions.

While we still have several issues remaining, we are now cautiously optimistic that it will be feasible to compromise on these remaining matters. If we are unable to do so, one or more of the parties may request the Court's good offices in mediating a resolution of the few remaining items. We plan to provide the Court a definitive status report no later than May 17, 2006.

We trust that this information is helpful. Please feel free to call should you have any further questions.

        Respectfully,
        ROBOL LAW OFFICE, LPA

        By: /s/
        Richard T. Robol

RTR/cr

Cc:    James R. Piggush, Esq.
          Roger W. Boer, Esq.