ROBOL LAW OFFICE, LPA
**555 CITY PARK AVENUE**
**COLUMBUS, OH 43215**
Tel: 614/737-3759        Toll Free: 877/580-6859
Fax: 614/737-3756

Writer's Direct Dial:
  614/737-3739

Writer's E-Mail:
  rrobol@robollaw.com

May 17, 2006

Susan Driscoll Bourque
Case Manager
U.S. District Court
For the Western District of Michigan
602 Federal Courthouse
Grand Rapids, Michigan  49503-2363

   *Great Lakes Exploration, etc. v. The Unidentified, etc., Case No.1:04-CV-375*

Dear Ms. Bourque:

       The purpose of this letter is to provide you an update on the status of the negotiations between the Plaintiff and the Intervenors on the terms and conditions of a cooperative investigation concerning whether the target is *The Griffon.*   I regret to report that the parties have not been able to resolve one of the key remaining issues, namely how to protect the confidentiality of information pertaining to the shipwreck.

       In light of the significant process that has been made, I respectfully request on behalf of my clients that the Court provide its good offices to attempt to mediate a voluntary resolution of the very few remaining items.  In the event that the Court nevertheless determines that such mediation would be futile or otherwise ill-advised, we would request that the Court (1) give notice of lifting of its stay order, and (2) set a date certain for Plaintiff to file its Memorandum in Opposition to Plaintiff's pending motion to dismiss.  To this end, it might be appropriate for the Court to consider conducting a telephonic status conference among the parties.

                                        Respectfully,
                                        ROBOL LAW OFFICE, LPA


                                        By:  _/s/_____
                                        Richard T. Robol


RTR/cr



Cc:     James R. Piggush, Esq.
         Roger W. Boer, Esq.

PDF created with pdfFactory trial version www.pdffactory.com

Dockets.Justia.com