STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30755
Lansing Michigan 48909

**MIKE COX**
ATTORNEY GENERAL

May 18, 2006

Susan Driscoll Bourque
Case Manager
Clerk, U.S. District Court
602 Federal Courthouse
Grand Rapids, MI 49503-2363

Dear Ms. Bourque:

    RE:   *Great Lakes Exploration Group LLC v Unidentified, Wrecked Sailing Vessel*
            Civil Action No. 1:04-CV-375

    This letter is to take exception to the representations and the requests made by Mr. Robol on behalf of his client, Great Lakes Exploration Group, LLC, in his letter of May 17, 2006. Specifically, many issues divide the parties, even, apparently, Plaintiff's obligation to provide information concerning the precise location of the purported defendant, as declared by the court.

    However, the Intervenors filed a limited appearance and asserted their immunity, so that the only issue before the court at the present time is Intervenors' Renewed Motion to Dismiss for lack of jurisdiction.

    There is no existing stay order to be lifted before the court can address that motion to dismiss. The only such order expired by its terms on November 18, 2006. According to the local court rules, Plaintiff was obliged to file its answer 28 days after the Intervenors filed their Renewed Motion to Dismiss.

    Negotiations and delays while Plaintiff excludes Intervenors from proposed joint investigations do not foster joint investigation.

Susan Driscoll Bourque
Page 2
May 18, 2006

Accordingly, Intervenors request the Court to set Intervenors' Renewed Motion to Dismiss for hearing at its earliest convenience.

Sincerely yours,

/s/

James R. Piggush
Assistant Attorney General
Environment, Natural Resources,
  and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540

JRP:sjb
c:     Richard T. Robol, Esq.
       Roger W. Boer, Esq.

s:nrd/ac/cases/open/great lakes exploration 04ag/letter bourque exceptions to representations