IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

          Plaintiff,

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

*In Rem*

          Defendant,
and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES and MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

          Intervenors.

Civil Action No. 1:04-CV-375

HON. ROBERT HOLMES BELL

**PROOF OF SERVICE**

    I, James R. Piggush, verify that on May 18, 2006, Susan Bertram electronically filed Intervenors Status Report to Case Manager (05/18/06). I also certify that the following non-ECF participants were served by first class mail: Roger W. Boer, Roger W. Boer, LLC, 600 Waters Building, 161 Ottawa Avenue, NW, Grand Rapids, MI 49503 and Richard T. Robol, Robol Law Office, 555 City Park Avenue, Columbus, OH 43215.

                                  /s/ James R. Piggush