UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

        Plaintiff,

v.

THE UNIDENTIFIED WRECKED
AND (FOR SALVAGE RIGHT PURPOSES)
ABANDONED SAILING VESSEL, her engines,
tackle, apparel, appurtenances, cargo, etc. located
within a circle having a radius of 3.5 statute miles,
whose center point is at coordinates 45° 32.8ʹ North
latitude and 86° 41.5ʹ West longitude,

        In Rem

        Defendant,

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervenors.
_____/

CASE NO. 1:04-CV-375

HON. ROBERT HOLMES BELL

## **ORDER**

    The Court previously held this matter in abeyance at the request of the parties in order to give the parties time to consult with their clients regarding the terms and conditions of a cooperative investigation concerning whether the target of this lawsuit

was the *Griffin*.

It appears from a review of the letters filed with the Court that the parties have not come to an agreement as to how to proceed in this case despite having sufficient time to do so.

Accordingly, plaintiff shall respond to the Intervenors' renewed motion to dismiss on or before **June 22, 2006**. Intervenors may file a reply to plaintiff's response on or before **July 6, 2006**. The parties will be notified if the Court intends to hold oral argument on the motion.


Date:   May 22, 2006			/s/ Robert Holmes Bell
					ROBERT HOLMES BELL
					CHIEF UNITED STATES DISTRICT JUDGE