Great Lakes Exploration Group LLC v. Unidentified Wrecked and (For Sa...bandoned Sailing Vessel, The									Doc. 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>　　　　Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>　　　　Defendant, et al. | )<br>)<br>)<br>) Civil Action No. 1:04-CV-375<br>)<br>) HON. ROBERT HOLMES BELL<br>)<br>) |

### PLAINTIFF GREAT LAKES EXPLORATION'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME DUE TO COUNSEL'S U.S. ARMY OBLIGATION

Plaintiff Great Lakes Exploration respectfully moves the Court to enlarge its time for filing its Memorandum in Opposition to Intervenors' Motion to Dismiss from the current due date of Thursday, June 22, 2006 to Monday, June 26, 2006. Plaintiff makes this Motion due to orders received by counsel for Plaintiff (who is an officer in the U.S. Army Reserve), requiring that he report to Camp Atterbury, Indiana from Wednesday, June 21, 2006 through Saturday, June 24, 2006. A brief extension of time will permit Plaintiff's counsel to fulfill his duty as an officer in the U.S. Army Reserve to report to Camp Atterbury, while also fulfilling his duty as an officer of the Court to provide a zealous and informative analysis of the issues raised by Intervenors' Motion to Dismiss. Conversely, fairness to Intervenors requires that their date for filing their Reply be extended commensurately with the enlargement of Plaintiff's time, and the parties have agreed to an extension through July 10, 2006.

A proposed Order is attached. Intervenors have consented to this extension.

Dockets.Justia.com

In further support of this Motion, Plaintiff adopts the analysis and authorities set forth in the attached Memorandum.

Respectfully submitted,

GREAT LAKES EXPLORATION
*/s/ Richard T. Robol*_____
Richard T. Robol – 0064345
Attorney for Plaintiff
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43215
Telephone: (614) 737-3739
Facsimile: (614) 737-3756
rrobol@robollaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2006, a copy of the foregoing was served by electronic mail via the Court's ECF system upon all counsel of record.

*/s/ Richard T. Robol*_____
Of Counsel