# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
## Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>　　　　Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>　　　　Defendant, et al. | Civil Action No. 1:04-CV-375<br><br>HON. ROBERT HOLMES BELL |

## AGREED ORDER AMENDING BRIEFING SCHEDULE

Upon Motion of Plaintiff Great Lakes Exploration, with the consent of Intervenors, and for good cause shown, it is hereby ORDERED that Plaintiff shall file its Memorandum in Opposition to Intervenors' Motion to Dismiss on or before Monday, June 26, 2006. It is FURTHER ORDERED that Intervenors shall file their Reply in Support of their Motion to Dismiss on or before Monday, July 10, 2006.

It is SO ORDERED.

Dated: June 20, 2006

　　　　　　　　　　　　　　　　　　　　/s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　U.S. District Judge