IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION
GROUP LLC

        Plaintiff                   Civil Action No. 1:04-CV-375

v.                                    HON. ROBERT HOLMES BELL

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45° 32.8' North latitude and
86° 41.5' West longitude,

        *In Rem*

        Defendant.

and

MICHIGAN DEPARTMENT OF HISTORY,
ARTS AND LIBRARIES AND MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY,

        Intervening Defendants

_____

PROOF OF SERVICE

      I, James R. Piggush, verify that on the date below, Susan Bertram, sent by first class mail copies of Intervenors' Reply in Support of Motion to Dismiss to:

| | |
|---|---|
| RICHARD THOMAS ROBOL | ROGER W. BOER |
| ROBOL & WINKLER LLC | ROGER W. BOER, LLC |
| 555 CITY PARK AVENUE | 600 WATERS BUILDING |
| COLUMBUS, OH 43215 | 161 OTTAWA AVENUE NW |
| | GRAND RAPIDS, MI 49503 |

I declare that the statements above are true to best of my knowledge, information and belief.


Dated   July 10, 2006                                      ___/s/ James R. Piggush_____
s:nrd/ac/cases/open/great lakes exploration 04ag/pos2 e-file