UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

    Plaintiff,

v.

The UNIDENTIFIED, WRECKED AND
(FOR SALVAGE-RIGHT PURPOSES),
ABANDONED SAILING VESSEL, etc.,

    Defendant

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES,
et al,

    Intervenors.
                                            /

File No. 1:04-CV-375

HON. ROBERT HOLMES BELL

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff must provide the precise location of Defendant to Intervenors within ten (10) days of the entry of this order. It is also anticipated that Plaintiff will file the precise location of Defendant with the Court under seal within the allotted time period.

**IT IS FURTHER ORDERED** that in the event Plaintiff fails to provide Intervenors with the precise location of Defendant within the allotted time period, the Court will enter an order dismissing the case without prejudice.


Date:     August 21, 2006            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE