# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION ) | |
|     GROUP LLC ) | |
|         Plaintiff, ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage- ) | HON. ROBERT HOLMES BELL |
| Right Purposes), Abandoned Sailing Vessel, etc. ) | |
|         Defendant, et al. ) | |

## PLAINTIFF GREAT LAKES EXPLORATION'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff Great Lakes Exploration, LLC, by counsel, respectfully moves the Court to grant a temporary restraining order and preliminary injunction restraining the Intervenors from utilizing information provided by Plaintiff regarding the precise location of the artifacts believed to be part of the Defendant shipwreck for (a) the purpose of taking, or attempting to take, actual possession or custody of any such artifacts, and (2) for any purpose other than asserting and protecting their interests in this proceeding. In addition, Plaintiff respectfully renews its request that the Court forthwith issue a warrant for arrest of the Defendant and/or such portions of the Defendant as may be placed in the custody of the U.S. Marshal pursuant to Supplemental Rule C., Fed. R. Civ. Proc.

In support of this Application, Great Lakes Exploration adopts the analysis and authorities in the attached Memorandum in Support.

Respectfully submitted,

GREAT LAKES EXPLORATION
*/s/ Richard T. Robol*
Richard T. Robol – 0064345
Attorney for Plaintiff
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43215
Telephone: (614) 737-3739
Facsimile: (614) 737-3756
rrobol@robollaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, a copy of the foregoing was served by electronic mail via the Court's ECF system upon all counsel of record.

*/s/ Richard T. Robol*
Of Counsel