# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>　　　　Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>　　　　Defendant, et al. | )<br>)<br>)<br>) Civil Action No. 1:04-CV-375<br>)<br>) HON. ROBERT HOLMES BELL<br>)<br>) |

## PLAINTIFF GREAT LAKES EXPLORATION'S MOTION TO ENLARGE TIME FOR FILING AND SERVICE OF PRECISE LOCATION OF ARTIFACTS

Plaintiff Great Lakes Exploration, LLC, by counsel, respectfully moves the Court to enlarge its time for filing and service of the precise locations of the artifacts believed by Great Lakes Exploration to be part of, or to appertain to, the Defendant shipwreck. Great Lakes Exploration respectfully prays that its time be enlarged until 15 days after the Court has had the opportunity to rule on (1) Great Lakes Exploration's Application for Temporary Restraining Order and Preliminary Injunction, and (2) Great Lakes Exploration's renewed request that the Court forthwith issue a warrant for arrest of the Defendant and/or such portions of the Defendant as may be placed in the custody of the U.S. Marshal.

In support of this Motion, Great Lakes Exploration adopts the analysis and authorities in the attached Memorandum in Support.

Respectfully submitted,

GREAT LAKES EXPLORATION
*/s/ Richard T. Robol*
Richard T. Robol – 0064345
Attorney for Plaintiff
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43215
Telephone: (614) 737-3739
Facsimile: (614) 737-3756
rrobol@robollaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, a copy of the foregoing was served by electronic mail via the Court's ECF system upon all counsel of record.

*/s/ Richard T. Robol*
Of Counsel