UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

    Plaintiff,

v.

THE UNIDENTIFIED, WRECKED
AND (FOR SALVAGE-RIGHT
PURPOSES), ABANDONED SAILING
VESSEL, ETC.,

    Defendant,

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, and LIBRARIES,
et. al.,

    Intervenors.
                                            /

File No.  1:04-CV-375

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket #104) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to enlarge the time for filing and service of the precise location of the artifacts (Docket #105) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.


Date:   November 20, 2006             /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      CHIEF UNITED STATES DISTRICT JUDGE