## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | | |
|---|---|---|
| **GREAT LAKES EXPLORATION GROUP LLC** | : | |
| | : | Civil Action No. 1:04-CV-375 |
| Plaintiff, | : | |
| | : | HON, ROBERT HOLMES BELL |
| v. | : | |
| **The Unidentified, Wrecked and (For-Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 451 32 8' North latitude and 86' 41.5' West longitude,** | : | |
| *In Rem* | : | |
| Defendants. | : | |
| v. | : | |
| **STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, and LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY,** | : | |
| Intervenors. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Great Lakes Exploration Group, LLC, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order of Dismissal entered in this action on November 20, 2006, and all prior Orders.

Respectfully submitted,

 /s/ Richard T. Robol
Richard T. Robol (0064345)(Trial Attorney)
Melanie L. Frankel (0078852)
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43215
(614) 737-3739
(614) 737-3756 (Facsimile)
Attorneys for Great Lakes Exploration Group

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record, by means of the Court's electronic filing system, this 6th day of December, 2006.

 /s/ Richard T. Robol
Richard T. Robol (0064345)