UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 06-2584

**FILED**
Apr 22, 2008
LEONARD GREEN, Clerk

GREAT LAKES EXPLORATION GROUP, LLC,
    Plaintiff - Appellant,

v.

UNIDENTIFIED WRECKED AND (FOR SALVAGE-RIGHT PURPOSES),
ABANDONED SAILING VESSEL, etc.,
    Defendant,
MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, MICHIGAN
DEPARTMENT OF HISTORY, ARTS AND LIBRARIES,
    Intervenors - Appellees.

**FILED - GR**
April 24, 2008 10:31 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

1.04cv375

Before: KEITH, CLAY, and GILMAN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record form the district court as was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court dismissing plaintiff Great Lakes Exploration Group's claim is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Leonard Green
Clerk