FILED - GR
May 16, 2008 1:28 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mrs /

1:04cv375

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-2584

Filed: May 14, 2008

GREAT LAKES EXPLORATION GROUP LLC,

    Plaintiff - Appellant

v.

UNIDENTIFIED WRECKED AND (FOR SALVAGE-RIGHT PURPOSES), ABANDONED SAILING VESSEL, ETC.,

    Defendant

and

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY; MICHIGAN DEPARTMENT OF HISTORY, ARTS AND LIBRARIES,

    Intervenors - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 04/22/2008 the mandate for this case hereby issues today.

COSTS: NO COSTS