IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION ) | |
|     GROUP LLC ) | |
|         Plaintiff, ) | |
| v. ) | Civil Action No. 1:04-CV-375 |
| ) | |
| The Unidentified, Wrecked and (For Salvage- ) | HON. ROBERT HOLMES BELL |
| Right Purposes), Abandoned Sailing Vessel, etc. ) | |
|         Defendant, et al. ) | |

**PLAINTIFF GREAT LAKES EXPLORATION'S NOTICE OF PROPOSED
SUBSTITUTE CUSTODIANSHIP ORDER AND READINESS TO PROCEED
WITH ARREST**

      Plaintiff Great Lakes Exploration, LLC, by counsel, respectfully files this Notice of Proposed Substitute Custodianship Order and Readiness to Proceed With Arrest. Great Lakes Exploration has attached as Exhibit 1 a copy of the Substitute Custodianship Order to which the U.S. Marshal has agreed. It is Great Lakes Exploration's understanding and belief that upon entry of the Substitute Custodianship Order, the Marshal is prepared to proceed with the arrest.

      In addition, Great Lakes Exploration respectfully provides notice that it is ready, willing and able to proceed with the arrest. Finally, Great Lakes Exploration notes that it has previously moved for appointment as substitute custodian.

Respectfully submitted,
GREAT LAKES EXPLORATION, LLC

  /s/Richard T. Robol
Richard T. Robol (OH- 0064345)
Attorney for Plaintiff
ROBOL LAW OFFICE, LLC
433 West Sixth Avenue
Columbus, Ohio 43201
Telephone: (614) 737-3739
Facsimile:   (614) 737-3756
rrobol@robollaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record, by means of the Court's electronic filing system, this 26th day of June, 2008.

   /s/Richard T. Robol