**FILED - GR**

July 10, 2008 11:18 AM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald          /

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND R**

*See "Instructions for Service of Process by U*

| PLAINTIFF<br>Great Lakes Exploration Group, LLC | COURT CASE NUMBER<br>1:04-CV-375 |
|---|---|
| DEFENDANT<br>The Unidentified, Wrecked, and (for Salvage-Right Purposes), Abandoned Sailing Vessel | TYPE OF PROCESS<br>Advertisement-Notice of Arrest/Motion |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|

**SERVE AT**

The Grand Rapids Press
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
155 Michigan Street NW, Grand Rapids, MI 49503

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| Steve Liebert<br>Great Lakes Exploration Group, LLC | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

Plaintiff's counsel provided copy of "Notice" to the USMS for submission to The Grand Rapids Press for publication.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>703-262-0462 | DATE<br>7/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 40 | District to Serve<br>No. 40 | Signature of Authorized USMS Deputy or Clerk | Date<br>07/07/2008 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date<br>7/8/08 | Time<br>4:30 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $0.00 | $0.00 | $45.00 | | |

REMARKS:

07/08/08 Purchase Order was issued and submitted to The Grand Rapids Press along with the proof (of notice) to be published. The ad will run in the legal section beginning on July 10, 2008 and end on July 14, 2008 (5 consecutive days as per court order).

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00