IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC ) ) ) ) Plaintiff, ) ) v. ) ) The Unidentified, Wrecked and (For ) Salvage-Right Purposes), Abandoned ) Sailing Vessel, her tackle, ) apparel, appurtenances, cargo, etc. ) located within a circle having ) a radius of 3.5 statute miles, whose ) center point is at coordinates ) 45° 32.8′ North latitude and 86° 41.5′ ) West longitude, ) ) *In Rem* ) ) Defendant, ) ) v. ) ) STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, Intervenors. | Civil Action No. 1:04-CV-375 HON. ROBERT HOLMES BELL **INTERVENORS' STATEMENT OF RIGHTS AND INTEREST** |

Great Lakes Exploration Group LLC v. Unidentified Wrecked and (For Sa...bandoned Sailing Vessel, The    Doc. 122

Richard Thomas Robol
Robol Law Office
555 City Park Avenue
Columbus, OH  43215
614/559-3846

Roger W. Boer
Roger W. Boer, LLC
600 Waters Building
161 Ottawa Avenue NW
Grand Rapids, MI  49503
616/235-3500

Dockets.Justia.com

James R. Piggush
Assistant Attorney General
Environment, Natural Resources,
    and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540

---

# INTERVENORS' STATEMENT OF RIGHTS AND INTERESTS

Restricting their appearance to the defense of this in rem claim against the Defendant Unidentified, Wrecked and (for salvage-right purposes) abandoned sailing vessel, her tackle, apparel, appurtenances, cargo, etc, believed to be the Griffin, etc, Intervenors, Michigan Department of History, Arts and Libraries (DHAL) and Michigan Department of Environmental Quality (MDEQ), the agencies of the State of Michigan charged with the administration of MCL 324.76101, et seq, now state, on behalf of the State of Michigan, that for all times pertinent to the present action the State of Michigan claims ownership of the alleged defendant ship-wrecked vessel, her tackle, apparel, appurtenances, cargo, etc. and of all items removed from said defendant; claims a right to possess the defendant and any item(s) removed from the Defendant superior to any right of the Plaintiff or any other person, and claims the exclusive right to explore, survey, excavate and regulate the defendant Unidentified, Wrecked and (for salvage-right purposes) abandoned sailing vessel, her tackle, apparel, appurtenances, cargo, etc, believed to be the Griffin, etc,.

Intervenors further state that on account of the State of Michigan's ownership of the Defendant Unidentified, Wrecked and (for salvage-right purposes) abandoned sailing vessel, her

2

tackle, apparel, appurtenances, cargo, etc, believed to be the Griffin, etc, the Court lacks admiralty jurisdiction in rem over Plaintiff's claim.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/

James R. Piggush (P29221)
Assistant Attorney General
Environment, Natural Resources
  and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540

Dated: July 22, 2008

I, <u>Mark Hoffman</u>, having been duly sworn, state that I am the Deputy Director of the Michigan Department of History, Arts and Libraries and that I have read the above claim and that it is true to the best of my knowledge and belief.

_____
Mark Hoffman

The foregoing was subscribed and sworn to before me this 22nd day of July, 2008.

_____
Notary Public State of Michigan
Ingham County
Acting in: Ingham County
My Commission Expires: 12/19/08

s:nrd/ac/cases/open/great lakes exp 04ag/statement of rights and interest