## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04-CV-375 |
| | ) | |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL<br><br>**INTERVENORS' CERTIFICATION OF RECEIPT** |
| *In Rem* | ) | |
| | ) | |
| Defendant, | ) | |
| v. | | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | | |
| Intervenors. | | |

_____/

| | |
|---|---|
| Richard Thomas Robol | Roger W. Boer |
| Robol Law Office | Roger W. Boer, LLC |
| 555 City Park Avenue | 600 Waters Building |
| Columbus, OH 43215 | 161 Ottawa Avenue NW |
| 614/559-3846 | Grand Rapids, MI 49503 |
| Attorney for Plaintiff | 616/235-3500 |
| | Attorney for Plaintiff |

James R. Piggush
Assistant Attorney General
Environment, Natural Resources
   and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540
Attorney for Intervenors

## **INTERVENORS' CERTIFICATION OF RECEIPT**

By its "Order Regarding Arrest Warrant and Disclosure of Information" of June 2, 2008 (Docket 114), this Court ordered the Plaintiff to disclose information concerning the precise location of the Defendant to the Intervenors within 30 days of the Marshal filing notice of the execution of the arrest warrant, and the Intervenors to certify receipt within thirty days of receiving such information from the Plaintiff. The Court's Order provided that its "Order Concerning Documents Filed under Seal" (Docket 44) remains in effect.

Plaintiff has yet to serve counsel for the Intervenors with the specified information, as required by the Court's "Order Concerning Documents filed under Seal" (Docket 44), at page 4: "The parties shall serve material designated 'filed under seal,' upon counsel for opposing parties," and by Fed R Civ P 5(b)(1). Nor has Plaintiff yet served the Intervenors with such information by delivering a copy to the chief executive officer of each agency, as called for by Fed R Civ P 4(j)(2)(A), and MCR 2.105(G). Plaintiff has not filed proof of service with the court.

However, on July 21, 2008, a representative of the Plaintiff, Mr. Steven J. Libert, selected individuals within the Intervenors' organizations, individuals other than the chief executive officer, and delivered to each of them a copy of a document marked "Confidential" that purports to be a "Disclosure of Precise Location," and "Court Ordered Documents." Those individuals have delivered the documents to present counsel for Intervenors.

2

Intervenors are able to certify the receipt of information as described in this Certification. Whether the documents delivered satisfy Plaintiff's obligations under the order and provide a "precise location" of the alleged Defendant adequate to locate and inspect it in place will depend upon an archaeologically responsible investigation of the various locations identified in the documents. The Intervenors are still arranging for such an investigation.

                Respectfully submitted,

                Michael A. Cox
                Attorney General

                /s/
                James R. Piggush (P29221)
                Assistant Attorney General
                Environment, Natural Resources
                   and Agriculture Division
                P.O. Box 30755
                Lansing, MI  48909
                517/373-7540
                Email:  piggushj@michigan.gov

Dated:  August 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 19, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel.

                /s/  James R. Piggush

                James R. Piggush (P29221)
                Assistant Attorney General
                Environment, Natural Resources
                   and Agriculture Division
                P.O. Box 30755
                Lansing, MI  48909
                517/373-7540
                Email:  piggushj@michigan.gov

S:nrd/ac/cases/open/Gr Lakes Exploration 04ag/certification of receipt