## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04-CV-375 |
| | ) | |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL<br><br>**INTERVENORS' SUBSTITUTION OF COUNSEL** |
| *In Rem* | ) | |
| | ) | |
| Defendant, | ) | |
| | | |
| v. | | |
| | | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | | |
| | | |
| Intervenors. | | |

_____/

| | |
|---|---|
| Richard Thomas Robol | Roger W. Boer |
| Robol Law Office | Roger W. Boer, LLC |
| 555 City Park Avenue | 600 Waters Building |
| Columbus, OH  43215 | 161 Ottawa Avenue NW |
| 614/559-3846 | Grand Rapids, MI  49503 |
| | 616/235-3500 |

Louis B. Reinwasser
Assistant Attorney General
Environment, Natural Resources,
    and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540

---

## INTERVENORS' SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Louis B. Reinwasser, Assistant Attorney General, will be acting as the attorney of record on behalf of State of Michigan Intervenors in place of James R. Piggush, Assistant Attorney General.

                              Respectfully submitted,

                              Michael A. Cox
                              Attorney General

                              /s/

                              Louis B. Reinwasser (P37757)
                              Assistant Attorney General
                              Environment, Natural Resources
                                 and Agriculture Division
                              P.O. Box 30755
                              Lansing, MI 48909
                              517/373-7540

Dated: August 26, 2008

## PROOF OF SERVICE

I, Louis B. Reinwasser, verify that on August 26, 2008, Cindy Ruff electronically filed Intervenors' Substitution of Counsel.

                              /s/ Louis B. Reinwasser

2004015720/Substitution