UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

       Plaintiff,

CASE NO. 1:04-CV-375

v.

HON. ROBERT HOLMES BELL

THE UNIDENTIFIED, WRECKED AND
(FOR SALVAGE-RIGHT PURPOSES),
ABANDONED SAILING VESSEL, etc.,

       Defendant.
       _____/

## ORDER SCHEDULING STATUS CONFERENCE

A status conference shall be held on **November 7, 2008 at 2:30 p.m.** At the conference, the parties should be prepared to discuss the following:

1. Whether additional time is necessary to gather information concerning defendant, and, if so, an estimate of the time required;

2. The need for further discovery;

3. The issue of this Court's subject matter jurisdiction.

DATED:   October 14, 2008        /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE