United States District Court
Western District of Michigan
Southern Division

GREAT LAKES EXPLORATION GROUP LLC,

NOTICE

v.

CASE NO. 1:04-CV-375

THE UNIDENTIFIED, WRECKED AND
(For Salvage Right Purposes), ABANDONED SAILING
VESSEL.

**TYPE OF CASE:**

[X] CIVIL          [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

PLACE

**Federal Building
110 Michigan, N.W.
Grand Rapids, MI 49503**

ROOM NO.
**Courtroom 601**

DATE AND TIME

## TYPE OF PROCEEDING:

**Based on the Court's review of the Parties' Status Report, the status conference scheduled for November 7, 2008 at 2:30 p.m., is cancelled.**

ROBERT HOLMES BELL
**UNITED STATES DISTRICT JUDGE**

DATE:   November 6, 2008

/s/ Susan Driscoll Bourque
By:   Susan Driscoll Bourque, Case Manager