IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| GREAT LAKES EXPLORATION <br>     GROUP LLC <br>         Plaintiff, <br> v. <br> <br> The Unidentified, Wrecked and (For Salvage-<br>Right Purposes), Abandoned Sailing Vessel, etc. <br> <br>         Defendant, et al. | ) <br> ) <br> ) <br> ) Civil Action No. 1:04-CV-375 <br> ) <br> ) HON. ROBERT HOLMES BELL <br> ) <br> ) <br> ) |

## PARTIES' SUPPLEMENTAL STATUS REPORT

Plaintiff, Great Lakes Exploration Group, LLC and Intervenors State of Michigan Departments of History, Arts and Libraries and of Environmental Quality, by counsel, respectfully file the following Supplemental Status Report to address the current status of this proceeding, in particular, the filing of Intervenors' motion for summary judgment.

1) In the Status Report filed on November 5, 2008 (Docket #128), the parties indicated that Intervenors expected to file a motion for summary judgment on or by December 1, 2008 asserting among other things, Intervenors' position that the Defendant is embedded in the soils of the State of Michigan, and therefore is owned by the State and not subject to federal admiralty jurisdiction. The parties also indicated that if for any reason Intervenors were unable to complete filing of their motion by that date, Plaintiff had agreed to extend the Intervenors' time to such date as may be reasonably required to complete filing of the motion.

2) Intervenors have determined that they will need additional time to file their motion for summary judgment and the parties have agreed that Intervenors will have until December 31, 2008 to file this motion.

Respectfully submitted,

| | |
|---|---|
| GREAT LAKES EXPLORATION, LLC | STATE OF MICHIGAN, DEPARTMENTS OF HISTORY, ARTS AND LIBRARY AND OF ENVIRONMENTAL QUALITY |
| */s/ Richard T. Robol* | |
| Richard T. Robol | |
| ROBOL LAW OFFICE, LLC | */s/Louis B. Reinwasser* |
| 433 West Sixth Avenue | Louis B. Reinwasser |
| Columbus, Ohio 43215 | Assistant Attorney General |
| Telephone: (614) 737-3739 | P.O. Box 30755 |
| Facsimile: (614) 737-3756 | Lansing, Michigan 48909 |
| rrobol@robollaw.com | (513) 373-7540 |
| | reinwasserl@michigan.gov |

2004015720/Supplemental Status Report