IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>Defendant, et al. | )<br>)<br>)<br>) Civil Action No. 1:04-CV-375<br>)<br>) HON. ROBERT HOLMES BELL<br>)<br>) |

## PLAINTIFF GREAT LAKES EXPLORATION'S NOTICE OF CONSENT TO FILING OF CLAIM AND ANSWER BY THE REPUBLIC OF FRANCE

Plaintiff Great Lakes Exploration, LLC, by counsel, respectfully files this Notice of Consent to Filing of Claim and/or Answer By the Republic of France. Plaintiff respectfully states as follows:.

1. Plaintiff has been notified that the Republic of France is in the process of communicating with the U.S. Department of State and U.S. Department of Justice to determine the process for filing an additional claim and/or answer in this proceeding (insofar as consistent with its sovereignty and as appropriate under international and domestic law) in order to supplement the previous notifications provided to the Court by and through the U.S. Department of State regarding the claim that has been asserted by the Republic of France to the *Griffin* shipwreck.

2. Plaintiff is advised that it will or may receive a request for consent to an Order granting leave to file such a claim and/or answer.

3. Plaintiff concedes that there is no prejudice or other basis for refusing such a request, and that, accordingly, it has agreed to consent to the foregoing Order. .

Accordingly, Plaintiff respectfully files this Notice of Consent.

                                          Respectfully submitted,

                                          /s/ Richard T. Robol
                                          Richard T. Robol (0064345)
                                          ROBOL LAW OFFICE, LLC
                                          433 West Sixth Avenue
                                          Columbus, Ohio 43201
                                          (614) 737-3739
                                          (614) 737-3756 (Facsimile)
                                          Attorneys for Plaintiff
                                          Great Lakes Exploration, LLC


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2008, a copy of the foregoing was served by electronic mail upon counsel for Claimants.

                                          /s/ Richard T. Robol