IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL<br><br>**INTERVERNOR'S MOTION<br>FOR SUMMARY JUDGMENT** |
| *In Rem* | ) ) | **Oral Argument Requested** |
| Defendant, | ) | |
| v. | | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | | |
| Intervenors. | | |

**INTERVENOR'S MOTION FOR SUMMARY JUDGMENT**

This motion seeks dismissal of this action pursuant to Fed. R. Civ. P. Rule 56 because title to the Defendant Shipwreck is in the State of Michigan, and any action regarding the Defendant Shipwreck cannot therefore be brought in federal court due to the prohibitions found in the Eleventh Amendment to the United States Constitution. This Court should find that title to the Defendant Shipwreck is in the State because the wreck is both abandoned and embedded in the submerged lands of Michigan, the two factors in the Abandoned Shipwreck Act that must be

established for a state to have title to a shipwreck.[1]  This motion will establish that there can be no legitimate dispute that these factors have been satisfied.

## RELIEF REQUESTED

There is no genuine dispute that the Defendant Shipwreck is both abandoned and embedded in the bottom of Lake Michigan.  Under the ASA, title has passed to the State.  This Court therefore no longer has jurisdiction of this case and Intervenors' therefore respectfully request that it be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. Rule 56.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/
Louis B. Reinwasser (P37757)
Assistant Attorney General
Environment, Natural Resources
  and Agriculture Division
P.O. Box 30755
Lansing, MI  48909
517/373-7540

Dated:  December 23, 2008       Email:  reinwasserl@michigan.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/  Louis B. Reinwasser
Louis B. Reinwasser (P37757)
Assistant Attorney General
Environment, Natural Resources
  and Agriculture Division
P.O. Box 30755
Lansing, MI  48909
517/373-7540
Email:  reinwasserl@michigan.gov

2004015720/StateMotionSJ

---

[1] 43 U.S.C. § 2105.