**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**Northern Division**

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL |
| *In Rem* | ) ) | |
| Defendant, | ) | |
| v. | | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | | |
| Intervenors. | | |

## PROOF OF SERVICE

I, Louis B. Reinwasser, verify that on the date below, Cindy Ruff, sent by first class mail a copy of the Affidavit of Wayne Lusardi in Support of Motion for Summary Judgment that has been filed under seal pursuant to Judge Bell's Orders dated July 13, 2005 and May 10, 2005, to:

RICHARD THOMAS ROBOL
ROBOL & WINKLER LLC
555 CITY PARK AVENUE
COLUMBUS, OH 43215

I declare that the statements above are true to best of my knowledge, information and belief.


Dated   December 23, 2008                    /s/  Louis B. Reinwasser
                                             Louis B. Reinwasser (P37757)
                                             Assistant Attorney General
                                             Environment, Natural Resources
                                                and Agriculture Division
                                             P.O. Box 30755
                                             Lansing, MI  48909
                                             517/373-7540
                                             Email:  reinwasserl@michigan.gov