## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL |
| *In Rem* | ) ) | |
| Defendant, | ) | |

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES
AND MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

Great Lakes Exploration Group LLC v. Unidentified Wrecked and (For Sa...bandoned Sailing Vessel, The          Doc. 138

Intervenors.

_____/

### AFFIDAVIT OF LOUIS B. REINWASSER IN
### SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF MICHIGAN | ) ) |
| COUNTY OF INGHAM | ) |

Louis B. Reinwasser, being first duly sworn, states as follows:

Dockets.Justia.com

1. I am an Assistant Attorney General for the State of Michigan representing Intervenor in the above-entitled cause of action.

2. I state the matters asserted herein of my own first-hand knowledge and if called upon to testify concerning these matters would so testify.

3. I provided the GPS coordinates to Wayne Lusardi that were provided to the Attorney General's Office by Plaintiff pursuant to this Court's Order.

4. Exhibits A and B attached to this affidavit are copies of notices published in the Grand Rapids Press and the Marquette Mining Journal. These notices were provided to me by Richard Robol, counsel for Great Lakes Exploration Group, L.L.C.

_____
Louis B. Reinwasser

Subscribed and sworn to before me
this 23rd day of December, 2008

_Nancy O'Shea_
Nancy O'Shea, Notary Public
Ingham, County, Michigan
My Commission Expires: 4-8-14

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, and by regular mail, U.S. postage prepaid.

/s/ Louis B. Reinwasser
Louis B. Reinwasser (P37757)
Assistant Attorney General
Environment, Natural Resources
  and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540
Email: reinwasserl@michigan.gov

2