## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>Defendant, et al. | Civil Action No. 1:04-CV-375<br><br>HON. ROBERT HOLMES BELL |

### UNOPPOSED MOTION OF PLAINTIFF GREAT LAKES EXPLORATION FOR 14 DAY ENLARGEMENT OF TIME TO RESPOND TO INTERVENORS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Great Lakes Exploration, LLC, by counsel, respectfully moves the Court to enlarge its time for filing its response to the Intervenors' Motion for Summary Judgment from January 21, 2009 through and including February 4, 2009.

The Intervenors have consented to this Motion.

Respectfully submitted,

/s/ Richard T. Robol
Richard T. Robol (0064345)
ROBOL LAW OFFICE, LLC
433 West Sixth Avenue
Columbus, Ohio 43201
(614) 737-3739
(614) 737-3756 (Facsimile)
Attorneys for Plaintiff
Great Lakes Exploration, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2009, a copy of the foregoing was served by electronic mail upon counsel for Claimants and by regular mail, U.S., postage prepaid.

/s/ Richard T. Robol