**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**Northern Division**

| | |
|---|---|
| GREAT LAKES EXPLORATION<br>    GROUP LLC<br>                    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:04-CV-375 |
| | ) |
| The Unidentified, Wrecked and (For Salvage-<br>Right Purposes), Abandoned Sailing Vessel, etc.<br>                    Defendant, et al. | ) HON. ROBERT HOLMES BELL<br>)<br>) |

**ORDER GRANTING 14 DAY ENLARGEMENT OF TIME**

Upon Motion of Plaintiff, with the consent of Intervenors and for good cause shown, it is hereby ORDERED that Plaintiff shall file its response to the Intervernors' Motion for Summary Judgment on or before February 4, 2009.

It is SO ORDERED.


Dated:   January 22, 2009          /s/ Robert Holmes Bell
                                   United States District Judge

Dockets.Justia.com