IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

GREAT LAKES EXPLORATION )
GROUP LLC )
        Plaintiff, )
v. )
) Civil Action No. 1:04-CV-375
)
The Unidentified, Wrecked and (For Salvage- ) HON. ROBERT HOLMES BELL
Right Purposes), Abandoned Sailing Vessel, etc. )
        Defendant, et al. )

## CLAIM OF THE REPUBLIC OF FRANCE TO *LE GRIFFON*

Pursuant to Supplemental Rule C, Fed. R. Civ. P., the Republic of France, by counsel, respectfully files its claim of interest as the owner of *Le Griffon*, her hull, tackle, apparel, appurtenances, cargo, *etc.* In accordance with the principles, customs, and usages of international law, the general maritime law, and the laws of the United States and France, the Republic of France respectfully states that (1) it is the owner of the shipwreck of *Le Griffon*; (2) it has not abandoned its interests in *Le Griffon*; and (3) the Republic of France maintains its interests in *Le Griffon* as a sovereign vessel of the Crown of France, performing sovereign functions at the time of her loss, including as a vessel of exploration and warship on behalf of the Crown.

        Respectfully submitted,

        /s/ Richard T. Robol
        Richard T. Robol (0064345)
        ROBOL LAW OFFICE, LLC
        433 West Sixth Avenue
        Columbus, Ohio 43201
        (614) 737-3739
        Attorney for the Republic of France

Dockets.Justia.com

Embassy of France    }
Washington, D.C.     } ss:

I, Michel Chanoux, having been duly sworn, state that I am the Secretary general of the Embassy of France in Washington D.C.; that I have read the foregoing claim; and that it is true to the best of my knowledge and belief.

_____
Michel Chanoux

The foregoing was subscribed and sworn to before me this 27th day of January, 2009.

_____
Notary Public

My commission expires: _____

Sonia M. Marquez
District of Columbia
My Commission Expires
September 30, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served electronically on all counsel of record via the Court's ECF system this 27th day of January, 2009.

/s/ Richard T. Robol
Richard T. Robol