IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04-CV-375 |
| | ) | |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) | HON. ROBERT HOLMES BELL |
| *In Rem* | ) | |
| Defendant, | ) | |

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES
AND MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

                Intervenors.

_____/

## PROOF OF SERVICE

      I, Louis B. Reinwasser, verify that on the date below, Cindy Ruff, sent by first class mail a copy of Intervenors' Response to Plaintiff's Supplemental Interrogatories to:

RICHARD THOMAS ROBOL
ROBOL & WINKLER LLC
555 CITY PARK AVENUE
COLUMBUS, OH 43215

I declare that the statements above are true to best of my knowledge, information and belief.


Dated   February 2, 2009                    /s/  Louis B. Reinwasser
                                            Louis B. Reinwasser (P37757)
                                            Assistant Attorney General
                                            Environment, Natural Resources
                                               and Agriculture Division
                                            P.O. Box 30755
                                            Lansing, MI  48909
                                            517/373-7540
                                            Email:  reinwasserl@michigan.gov