# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>    Defendant, et al. | )<br>) HON. ROBERT HOLMES BELL<br>)<br>) |

## UNOPPOSED MOTION OF PLAINTIFF GREAT LAKES EXPLORATION FOR LEAVE TO SUBMIT CERTAIN MATTER UNDER SEAL

  Plaintiff Great Lakes Exploration LLC respectfully files this Motion for Leave to Submit Sealed Matter in support of response the Intervenors' Motion for Summary Judgment. The Intervenors have consented to this Motion.

  In support of its Motion, Plaintiff adopts that analysis and authorities in the supporting Brief filed herewith.

  According, the Court should grant leave for Great Lakes Exploration to file certain matter under seal in opposition to the motion for summary by mailing in a sealed envelope, appropriately labeled in accordance with the Protective Order in this case, and directed to the Clerk and counsel for the Intervenors.

              Respectfully submitted,

              /s/ Richard T. Robol
              Richard T. Robol (0064345)
              ROBOL LAW OFFICE, LLC
              433 West Sixth Avenue
              Columbus, Ohio 43201
              (614) 737-3739
              Attorney for Great Lakes Exploration, LLC

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing was filed electronically and served electronically on all counsel of record via the Court's ECF system this 4th day of February, 2009.

                                         /s/ Richard T. Robol _____
                                         Richard T. Robol