# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>　　　Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>　　　Defendant, et al. | Civil Action No. 1:04-CV-375<br><br>HON. ROBERT HOLMES BELL |

### NOTICE OF FILING

The Republic of France, by counsel, respectfully provides this Notice of Filing of the Affidavit of Michel Chanoux, with attachments.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Richard T. Robol
　　　　　　　　　　　　　　　　　Richard T. Robol (0064345)
　　　　　　　　　　　　　　　　ROBOL LAW OFFICE, LLC
　　　　　　　　　　　　　　　　433 West Sixth Avenue
　　　　　　　　　　　　　　　　Columbus, Ohio  43201
　　　　　　　　　　　　　　　　(614) 737-3739
　　　　　　　　　　　　　　　　Attorney for the Republic of France

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served electronically on all counsel of record via the Court's ECF system this 5th day of February, 2009.

                                               /s/ Richard T. Robol  
                                              Richard T. Robol