UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

       Plaintiff,

v.

       CASE NO. 1:04-CV-375

       HON. ROBERT HOLMES BELL

THE UNIDENTIFIED, WRECKED AND,
(FOR SALVAGE-RIGHT PURPOSE),
ABANDONED SAILING VESSEL, etc.,

       Defendant.
       _____/

**ORDER GRANTING UNOPPOSED MOTION TO SEAL**

       Before the Court is the plaintiff's motion for leave to submit certain matter under seal with regard to their opposition to intervenor's motion for summary judgment (docket #145). Plaintiff's motion is hereby **GRANTED**. Plaintiff shall submit the material in conformity with the local court rule, as well as with this Court's previous orders concerning the filing of documents under seal.

Date:   February 10, 2009       /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE