IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC<br>   Plaintiff,<br>v.<br><br>The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc.<br>   Defendant, et al. | )<br>)<br>)<br>) Civil Action No. 1:04-CV-375<br>)<br>) HON. ROBERT HOLMES BELL<br>)<br>) |

## NOTICE OF FILING OF "HARD" SIGNATURE

Plaintiff, Great Lakes Exploration, by counsel, respectfully files this Notice of Filing of the "hard" signature of Richard Gross. Pursuant to direction of the Office of the Clerk, Plaintiff is attaching to this Notice a copy of Mr. Gross' "hard" signature, in order to supplement the previously-filed electronic signature on his declaration dated February 4, 2009.

                Respectfully submitted,

                /s/ Richard T. Robol
                Richard T. Robol (0064345)
                ROBOL LAW OFFICE, LLC
                433 West Sixth Avenue
                Columbus, Ohio 43201
                (614) 737-3739
                Attorney for Great Lakes Exploration, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served electronically on all counsel of record via the Court's ECF system this 10th day of February, 2009.

         /s/ Richard T. Robol
         Richard T. Robol

Dockets.Justia.com