IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL |
| *In Rem* | ) ) | |
| Defendant, | ) | |
| v. | | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | | |
| Intervenors. | | |

## INTERVENORS' UNOPPOSED MOTION AND BRIEF FOR 14 DAY ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Intervenors State of Michigan Department of History, Arts, and Libraries and Michigan Department of Environmental Quality, by counsel, respectfully move the Court to enlarge their time for filing their reply to the Plaintiff's Response to Intervenors' Motion for Summary

Judgment from February 18, 2009 through and including March 4, 2009. The extension is necessitated in part by the fact that Intervenors did not receive until February 12, 2009, copies of declarations and other documents filed under seal that were included in Plaintiff's response to the motion for summary judgment. Plaintiff has consented to this Motion.

                        Respectfully submitted,

                        Michael A. Cox
                        Attorney General

                          /s/
                        Louis B. Reinwasser (P37757)
                        Assistant Attorney General
                        Environment, Natural Resources
                          and Agriculture Division
                        P.O. Box 30755
                        Lansing, MI  48909
                        517/373-7540
                        Email:  reinwasserl@michigan.gov

Dated:  February 12, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel.

                        /s/  Louis B. Reinwasser

                        Louis B. Reinwasser (P37757)
                        Assistant Attorney General
                        Environment, Natural Resources
                          and Agriculture Division
                        P.O. Box 30755
                        Lansing, MI  48909
                        517/373-7540
                        Email:  reinwasserl@michigan.gov