# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# Northern Division

| | |
|---|---|
| GREAT LAKES EXPLORATION GROUP LLC </br></br> Plaintiff, </br></br> v. </br></br> The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, etc. </br></br> *In Rem* </br></br> Defendant, et al. | Civil Action No. 1:04-CV-375 </br></br> HON. ROBERT HOLMES BELL |

## ORDER GRANTING 14 DAY ENLARGEMENT OF TIME

Upon Motion of Intervenors, with the consent of Plaintiff and for good cause shown, it is hereby ORDERED that Intervenors shall file their reply to the Plaintiff's Response to Motion for Summary Judgment on or before March 4, 2009.

It is SO ORDERED.

Dated: February 17, 2009         /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com