United States District Court
Western District of Michigan
Southern Division

GREAT LAKES EXPLORATION GROUP LLC

NOTICE

v.

CASE NO. 1:04-CV-375

THE UNIDENTIFIED, WRECKED AND
(FOR SALVAGE-RIGHT PURPOSES),
ABANDONED SAILING VESSEL

**TYPE OF CASE:**

**[X]** CIVIL                    **[ ]** CRIMINAL

**[X]** TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** | **Courtroom 601** |
| **110 Michigan, N.W.** | **DATE AND TIME** |
| **Grand Rapids, MI  49503** | **April 7, 2009 at 1:15 p.m.** |

## TYPE OF PROCEEDING:

## Hearing on Intervenor's Motion for Summary Judgment (#133),

ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE

/s/ Susan Driscoll Bourque

DATE:    March 2, 2009          By:    Susan Driscoll Bourque, Case Manager

Dockets.Justia.com