United States District Court
Western District of Michigan
Southern Division

GREAT LAKES EXPLORATION GROUP, LLC,

NOTICE

v.

CASE NO. 1:04-CV-375

THE UNIDENTIFIED, WRECKED AND
(FOR SALVAGE PURPOSES), ABANDONED
SAILING VESSEL,

**TYPE OF CASE:**

[X] CIVIL          [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

PLACE

**Federal Building
110 Michigan, N.W.
Grand Rapids, MI 49503**

ROOM NO.
**Courtroom 601**

DATE AND TIME
**June 25, 2009 at 1:15 p.m.**

**TYPE OF PROCEEDING:**

**The hearing on the Intervenors' motion for summary judgment is rescheduled from April 7, 2009 to June 25, 2009 at 1:15 p.m.**

ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE

DATE: April 2, 2009

/s/ Susan Driscoll Bourque
By: Susan Driscoll Bourque, Case Manager