UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

    Plaintiff,

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned
Sailing Vessel, her tackle, apparel,
appurtenances, cargo, etc. located
within a circle having a radius of 3.5
statute miles, whose center point is at
coordinates 45º 32.8' North latitude and
86º 41.5' West longitude,

    *In Rem*

    Defendant,

and

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES
AND MICHIGAN DEPARTMENT
ENVIRONMENTAL QUALITY,

    Intervening Defendants.
                                         /

File No.  1:04-CV-375

HON. ROBERT HOLMES BELL

## **O R D E R**

Before the Court is a stipulated motion filed by Intervenors State of Michigan

Department of History, Arts and Libraries, and Michigan Department of Environmental

Quality to adjourn the hearing on Intervenors' motion for summary judgment that is currently scheduled for June 25, 2009. (Dkt. No. 165.) It appearing that the parties are in the process of resolving some of the issues in this action, for the convenience of the parties and the Court, and to allow ample time for the parties to reach agreement on these issues, the Court will grant the motion and will adjourn the hearing on Intervenors' motion for summary judgment until the date set forth below. Accordingly,

**IT IS HEREBY ORDERED** that Intervenors' stipulated motion to adjourn (Dkt. No. 165) is **GRANTED**. The hearing on Intervenors' motion for summary judgment (Dkt. No. 133) is hereby rescheduled for **October 15, 2009 at 1:15 p.m.**


Date:   June 19, 2009                     /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE