# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
## Northern Division

| | | |
|---|---|---|
| GREAT LAKES EXPLORATION GROUP LLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 1:04-CV-375 |
| The Unidentified, Wrecked and (For Salvage-Right Purposes), Abandoned Sailing Vessel, her tackle, apparel, appurtenances, cargo, etc. located within a circle having a radius of 3.5 statute miles, whose center point is at coordinates 45° 32.8′ North latitude and 86° 41.5′ West longitude, | ) ) ) ) ) ) ) ) ) ) ) | HON. ROBERT HOLMES BELL  **STIPULATED MOTION TO ADJOURN HEARING ON INTERVENORS' MOTION FOR SUMMARY JUDGMENT** |
| *In Rem* Defendant, | ) ) | |
| v. | ) ) | |
| STATE OF MICHIGAN DEPARTMENT OF HISTORY, ARTS, AND LIBRARIES AND MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, | ) ) ) ) ) | |
| Intervenors. | ) | |

**STIPULATED MOTION TO ADJOURN HEARING ON INTERVENORS' MOTION FOR SUMMARY JUDGMENT**

In December, 2008, Intervenors filed their motion seeking dismissal of this action pursuant to Fed. R. Civ. P. Rule 56. Since the filing of the motion for summary judgment the Republic of France has filed a claim of ownership. All Parties are in agreement that for the moment the issue of ownership should continue to be put on hold to give the Parties the chance to conduct the necessary investigation to determine the true identity of the Defendant wreck. The identity of the wreck could have a significant impact on the future course of this litigation.

To this end, the Parties have exchanged drafts of proposals to conduct a phase II investigation of the Defendant Shipwreck for the purpose of determining its identity. The Parties have reached preliminary agreement on several of the substantive issues of the phase II agreement, but are still negotiating in good faith on a couple critical provisions, including concerning the ownership and use of intellectual property. The Parties believe these issues can be worked out and that it would be in everyone's interest to again postpone (the Court has graciously granted the Parties' prior requests for postponement) the hearing on Intervenors' motion for summary judgment to allow these discussions to progress to a resolution. This hearing is currently scheduled for October 15, 2009.

## **RELIEF REQUESTED**

All Parties respectfully request that the hearing on Intervenors' motion for summary judgment currently scheduled for October 15, 2009, be postponed for two or three months to give the Parties additional time to reach agreement regarding the phase II investigation.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/ Louis B. Reinwasser (P37757)
Assistant Attorney General
Environment, Natural Resources
   and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540
Email: reinwasserl@michigan.gov
Attorney for Intervenors


/s/ Richard T. Robol
Richard T. Robol (0064345)
ROBOL LAW OFFICE, LLC
433 West Sixth Avenue

Columbus, Ohio 43201
(614) 737-3739
(614) 737-3756 (Facsimile)
Attorneys for Plaintiff
Great Lakes Exploration, LLC and
The Republic of France

Dated: September 15, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel.

/s/ Louis B. Reinwasser

Louis B. Reinwasser (P37757)
Assistant Attorney General
Environment, Natural Resources
   and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517/373-7540
Email: reinwasserl@michigan.gov