UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

       Plaintiff,

v.

The Unidentified, Wrecked and (For
Salvage-Right Purposes), Abandoned Sailing
Vessel, her tackle, apparel, appurtenances, cargo,
etc.,

       *In Rem* Defendant.

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES,
et al.,

       Intervenors.

_____/

CASE NO. 1:04-CV-375

HON. ROBERT HOLMES BELL

## ORDER

Before the Court is a Stipulated Motion to Adjourn Hearing on Intervenors'

Motion for Summary Judgment. (Dkt. No. 167.)

The instant motion indicates that the parties have reached *preliminary* agreement

on several of the substantive issues of an agreement to investigate the identity of the

shipwreck, but are still negotiating some critical provisions. By stipulation, the parties

request postponement of the hearing for "two or three months" to give them additional time to reach agreement.

This matter has been pending for five years, the motion for summary judgment has been pending for nine months, and the parties have twice postponed a hearing on the motion. While the Court appreciates the merit in conducting an investigation to resolve the identity of the shipwreck before resolving claims of ownership, the parties have had ample opportunity to resolve their differences on the details of an investigation. The Court will not delay adjudication of the pending motion indefinitely. Accordingly, the Court will deny the motion to adjourn. The Court will entertain a renewed motion to adjourn in the event that the parties come to final agreement on the details of the investigation.

For the foregoing reasons, the stipulated motion to adjourn the hearing on Intervenors' motion for summary judgment (Dkt. No. 167) is **DENIED**.


Dated: September 17, 2009 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE