

**RÉPUBLIQUE FRANÇAISE**

AMBASSADE DE FRANCE
AUX ETATS-UNIS D'AMERIQUE

*Service administratif et financier*

Washington, October 10th 2009

Dear Messrs. Reinwasser and Robol,

I am writing to confirm that Mr. Robol is no longer engaged as counsel to the Republic of France in the case of Great Lakes Exploration Group, LLC v. Unidentified Wrecked and (for Salvage-Right Purposes), Abandoned Sailing Vessel, pending in the United States District Court for the Western District of Michigan. The contract between the Republic of France and Mr Robol was rescinded in June 2009.

Please also be advised that the Embassy of France has requested Mr. James Goold, of the law firm of Covington & Burling, to assist it in discussions regarding possible resolution of this matter.

Michel CHANOUX
First Secretary

Cc:
- Mr. Jean-Baptiste de Boissière, Consul general in Chicago
- Mr. Andrew Lorenz, France Desk, Department of State
- Mrs. Barbara O'Malley, Department of Justice
- Mr. James Goold, Covington & Burling

4101 Reservoir Rd NW, WASHINGTON DC 20007-2182
Tél. : (202).944-6191 Fax : (202).944-6175