UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES EXPLORATION
GROUP LLC,

    Plaintiff,

v.                                                          CASE NO. 1:04-CV-375

Unidentified, Wrecked and (For                              HON. ROBERT HOLMES BELL
Salvage-Right Purposes), Abandoned
Sailing Vessel believed to be the Griffin,
lost in Lake Michigan, her tackle, apparel,
appurtenances, cargo, etc., The located
within three circular areas, each having a
radius of one half a statute mile: First
area-circle center point is 45-32-23N
86-44-12W; Second area-circle center point
is 45-34-48N 86-43-05W; Third area-circle
center point is 45-32-24N 86-40-00W,

    *In Rem* Defendant.

v.

STATE OF MICHIGAN DEPARTMENT
OF HISTORY, ARTS, AND LIBRARIES
AND MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Intervenors.
    _____/

## ORDER GRANTING INTERVENORS' REQUEST TO WITHDRAW
## MOTION FOR SUMMARY JUDGMENT
## AND FOR SCHEDULING STATUS CONFERENCE

    Intervenors having filed a request to withdraw their motion for summary judgment

(Docket No. 169) on October 7, 2009, having learned that the Republic of France had retained

new counsel, and having determined that they no longer wished to object to the claim of ownership asserted by the Republic of France against the shipwreck;

IT IS HEREBY ORDERED that Intervenors' request (Docket No. 169) to withdraw their motion for summary judgment (Docket No. 133) is **GRANTED.**

IT IS FURTHER ORDERED that the summary judgment motion hearing is cancelled and a **Telephone Status Conference** shall be held on **Thursday, October 15, 2009 at 2:00 p.m.**

It shall be the plaintiff's counsel's responsibility to arrange said telephone conference with the court, defendant's counsel and intervenors' counsel at plaintiff's expense using AT&T or another commercial carrier. The court's phone number is (616) 456-2021.


Dated: October 8, 2009                         /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               UNITED STATES DISTRICT JUDGE