UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

# MINUTES

GREAT LAKES EXPLORATION

vs.

THE UNIDENTIFIED, WRECKED.....

CASE NO.  1:04-CV-375
DATE:     October 15, 2009
TIME:     2:05 - 2:35 p.m.
PLACE:    Grand Rapids
JUDGE:    Hon. Robert Holmes Bell

## APPEARANCES

PLAINTIFF:
Rachel Chodera for Richard Robel

INTERVENORS:
Louis Reinwasser

FRANCE:
Jim Goold of Covington & Burling (in the process of becoming admitted to this District and filing an appearance)

## WITNESSES

PLAINTIFF:


DEFENDANT:


## PROCEEDINGS

NATURE OF HEARING:
Status conference held by telephone.


COURT REPORTER:  Kevin Gaugier        /s/ Susan Driscoll Bourque
                                         Case Manager